IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KYLE CANNON, EUGENE DONOVAN, GENARO RAMIREZ, CAROL SASSLER and HARVEY WALTON, EACH INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> BP PRODUCTS NORTH AMERICA, INC. <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | C.A. NO. 3:10-CV-00622 |

**APPENDIX IN SUPPORT OF BP'S MOTIONS TO EXCLUDE PROPOSED EXPERT TESTIMONY OF DR. PAUL ROSENFELD AND DR. ROBERT A. SIMONS**

| Exhibit | Description |
|---|---|
| A | Expert Report of Howard William Ory, M.D., M.Sc., dated March 28, 2012 |
| B | Declaration of Paul Rosenfeld, Ph. D. dated June 25, 2012 |
| C | Excerpts of Paul E. Rosenfeld, Ph.D. deposition dated February 23, 2012 |
| D | Declaration and Expert Report of Dr. Thomas O. Jackson, AICP, MAI, CRE, FRICS  dated September 7, 2012 |
| E | Expert Report of Robert A. Simons, Ph. D. In Support of Plaintiffs' Motion for Class Certification dated January 10, 2012 |
| F | Excerpts of Robert A. Simons, Ph. D. deposition dated March 1, 2012 |
| G | Appraisal Standards Board, Advisory Opinion (AO-9) |
| H | Excerpts of the deposition of Robert A. Simons, Ph.D., *In the Matter of LaBauve v. Olin Corp.*, No. 1:03-CV-00567 (S.D. Al. Jan. 14, 2005) |

/s/ Mike Morris
Kenneth Tekell, Sr.
State Bar No. 19764000
Mike Morris
State Bar No. 14495800
1221 McKinney, Suite 4300
Houston, Texas  77010-2010
Telephone: (713) 222-9542
Facsimile: (713) 655-7727
E-mail:ktekell@tekellbook.com
E-mail:mmorris@tkellbook.com

TEKELL, BOOK, ALLEN & MORRIS

**OF COUNSEL:**
Lynne Liberato
State Bar No. 00000075
S.D. Tex. 3072
1221 McKinney Street, Suite 2100
Houston, Texas  77010-2007
Telephone: (713) 547-2017
Facsimile: (713) 236-5538
E-mail:lynne.liberato@haynesboone.com
HAYNES AND BOONE, LLP

Thad Behrens
State Bar No. 24029440
S.D. Tex. 916015
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5668
Facsimile: (214) 200-0886
E-mail:thad.behrens@haynesboone.com
HAYNES AND BOONE, LLP

Otway B. Denny, Jr.
State Bar No. 05755500
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone: (713) 651-5588
Facsimile: (713) 651-5246
E-mail:odenny@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.

**ATTORNEYS FOR BP PRODUCTS NORTH AMERICA INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon its filing via this Court's CM/ECF system on this 7th day of September, 2012 upon all counsel listed below.

Anthony G. Buzbee
Christopher K. Johns
Peter K. Taaffe
the Buzbee Firm
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002

Otway B. Denny, Jr.
Fulbright & Jaworski L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas  77010-3095

Lynne Liberato
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 2100
Houston, Texas  77010-2007
Telephone: (713) 547-2017
Facsimile: (713) 236-5538
E-mail:lynne.liberato@haynesboone.com

Kenneth Tekell, Sr.
Mike Morris
TEKELL, BOOK, ALLEN & MORRIS
1221 McKinney, Suite 4300
Houston, Texas  77010-2010

/s/ Thad Behrens
Thad Behrens