# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KYLE CANNON, EUGENE DONOVAN, GENARO RAMIREZ, CAROL SASSLER and HARVEY WALTON, EACH INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, | § § § § § § § | C.A. NO. 3:10-CV-00622 |
| Plaintiffs, | § § | |
| v. | § § | |
| BP PRODUCTS NORTH AMERICA, INC. | § § § § | |
| Defendant. | § § § | |

## DECLARATION OF HOWARD W. ORY

I, Howard W. Ory, declare as follows:

1.      My name is Howard W. Ory.  I am over 18 years of age and am fully competent in all respects to make this Declaration. I have personal knowledge of the facts and statements contained in this Declaration and each of them is true and correct.

2.      I am licensed to practice medicine in Georgia and hold a medical degree from Tufts University as well as a master's degree in epidemiology from Harvard University's School of Public Health.  I have been asked by counsel for BP Products North America, Inc. to provide expert testimony in the above-captioned case.

3.      Attached to this declaration is a true correct copy of my Expert Report in the above-captioned matter, issued on March 28, 2012.  I declare under penalty of perjury that the Expert Report accurately sets forth the opinions I have formed in this matter.    I hereby

**DECLARATION OF HOWARD W. ORY**

incorporate the Expert Report into this declaration as if set forth fully herein.  If asked to testify

at trial, I will testify to the opinions set forth in the Expert Report and this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2012

_____
Howard W. Ory

**DECLARATION OF HOWARD W. ORY**

**Howard William Ory, M.D., M.Sc.**
**201 W. Ponce De Leon Ave., Unit 74**
**Decatur, GA  30030-3268**

March 28, 2012

David P. Herrick, Esq.
Herrick & Associates, P.C.
18111 Preston Rd., Ste. 480
Dallas, TX  75252

> Re:  C.A. No. 3:10-CV-00622; *Kyle Cannon, et al. v. BP Products North America Inc.*; in the United States District Court for the Southern District of Texas

Dear Mr. Herrick:

Pursuant to your request, I provide a copy of my report.  I attach my current CV (which includes a list of all articles I have published within the last ten years) and a list of References containing the full citations to the literature cited herein.  I have not testified as an expert witness during the past four years.  My hourly rate is $500.

## I.

## INTRODUCTION

### A.    Educational background and professional experience.

My name is Howard William Ory, MD., M.Sc.  I received my medical degree from Tufts University in 1969 and a master's degree in epidemiology from Harvard University, School of Public Health, in 1974.  I am a fellow of the American College of Preventive Medicine.  I am a member of the American Epidemiologic Society as well as a member of the Society of Epidemiological Research.  I am licensed to practice medicine in Georgia and I am board certified in preventive medicine.

I spent approximately twenty-three years of my professional career working for the United States Centers for Disease Control ("CDC").  During my tenure at the CDC, I served in the following capacities:  Deputy Director for Research, Epidemiology Program Office; Deputy Director, Division of Reproductive Health; Chief of the Epidemiologic Studies Branch, Family Planning Division; and Director of the Information Resources Management Office.  In these positions, my responsibilities included not only teaching epidemiologic methods to epidemiologists in training, but also teaching continuing education courses to the CDC's senior epidemiologists.

After my retirement from the CDC in 1994, I was employed by the Prudential Center for Health Care Research.  I served as Vice President and Senior Scientist until my retirement in 1996, at which time I became a private consultant.

1

I have served as a member of, and consultant to, committees of the World Health Organization, the United States Food and Drug Administration, and the CDC.

I have written extensively on epidemiological issues, including drawing causal inferences, and my work has been published widely in peer reviewed, professional literature. I have authored or co-authored over 100 articles in the medical literature. Many of these articles pertain to how a scientist evaluates causation in a given set of published scientific articles. My work in the field of epidemiology is particularly suited to these tasks. A copy of my CV is attached.

**B.    Tasks I have been asked to perform.**

Based on my educational background, professional experience, and scholarship, I have been asked to (1) describe the epidemiologic approach to the determination of causality in general; (2) review the Delfino and Segala articles and provide opinions concerning whether, as the plaintiffs claim these articles by themselves establish that there is more than a twofold risk of exacerbation of asthma from exposure to levels of sulfur dioxide below the EPA's recently revised NAAQS level of 75 ppb and; (3) review other published scientific articles relating to whether there is a more than a twofold risk of exacerbation of asthma from exposure to levels of ambient sulfur dioxide below the NAAQS level of 75 ppb; and (4) provide specific commentary on other articles cited by Dr. Rosenfeld in his report.

All of my opinions are offered to a reasonable degree of medical certainty.

In part II of this report, I provide an overview of my analysis.

In part III, I describe the epidemiologic approach to the determination of causality in general.

In part IV, I review the Delfino and Segala articles and provide opinions concerning whether these articles by themselves establish that there is more than a twofold risk of exacerbation of asthma and exposure to levels of ambient sulfur dioxide below the NAAQS level of 75 ppb.

In part V, I review other published scientific articles that demonstrate there is not more than a twofold risk of exacerbation of asthma from exposure to levels of ambient sulfur dioxide below the NAAQS level of 75 ppb.

In part VI, I provide commentary on Dr. Rosenfeld's opinions, including whether other published scientific articles cited by Dr. Rosenfeld in his report establish that there is more than a twofold risk of exacerbation of asthma and exposure to levels of ambient sulfur dioxide below the NAAQS level of 75 ppb.

## II.

## OVERVIEW OF MY OPINIONS

In addition to reviewing Dr. Rosenfeld's report, much of the literature cited in Section 8 therein, and Dr. Rosenfeld's deposition, I have searched out and reviewed what I believe to be the significant medical and scientific literature relating to claims that there is more than a

twofold risk of asthma or worsening/exacerbation of asthma and levels of ambient sulfur dioxide below the NAAQS level of 75 ppb. I also rely upon my training and background in the fields of epidemiology and medicine.

## III.

## SCIENTIFIC APPROACH TO CAUSATION

The most important evidence relied upon by scientists to determine whether an agent (such as air containing sulfur dioxide) causes disease (such as asthma or a worsening/exacerbation of asthma or increase in symptoms of asthma) is controlled epidemiologic studies.

### A.    Epidemiology.

Epidemiology is, most simply put, the study of the causes of human disease.

Epidemiologists use a multi-step approach to determine whether an exposure (such as a history of breathing air containing sulfur dioxide) is a cause of a specific disease (such as asthma) or a worsening or exacerbation of that disease or an increase in symptoms of asthma.

The first step requires the epidemiologist to define in a medically accepted way both a measurable disease and a measurable exposure for an individual. Without both a measurable and clear definition of the disease and measurable and clear definition of an individual's exposure, scientists cannot reliably determine the cause of the disease or what might be causing the disease to worsen.

The second step is to develop a way to measure whether exposed individuals (in this case people exposed to air containing sulfur dioxide) develop the purported diseases, symptoms and conditions more frequently than individuals who are unexposed (to air containing sulfur dioxide). In the matter at hand, the epidemiologist must determine whether people exposed to air containing sulfur dioxide have a statistically significant excess risk of developing asthma or worsening of existing asthma.

Stated differently, epidemiologists must determine whether the risk of asthma or worsening of asthma among people exposed to air containing sulfur dioxide is statistically significantly greater than those not so exposed. This relationship is called the relative risk (in the case of cohort studies) or odds ratio (in the case of case control studies). In other words, the relative risk is the risk of a sulfur dioxide exposed person developing asthma, or worsening of asthma, relative to the risk of an unexposed person developing asthma, or worsening of asthma.

The second step is usually accomplished by conducting a cohort or case-control epidemiologic study. A cohort study consists of a group of people with the exposure of interest (breathing air containing sulfur dioxide) and a group of control people who are as similar as possible to exposed people, except that the control people did not breathe air containing sulfur dioxide. The two groups are followed over time. The rates of occurrence of the diseases, symptoms or conditions of interest are compared between the exposed and unexposed groups. Unless the rate of occurrence of the diseases, symptoms or conditions is statistically significantly higher in the groups exposed to air containing sulfur dioxide compared to those not exposed, no excess risk of the disease exists in the exposed group, and no scientist or medical doctor can validly state that air containing sulfur

3

dioxide causes the diseases, symptoms or conditions in question. I did not locate any cohort studies relating to the issue at hand.

The second approach is the case-control study. Here a group of people with the diseases, symptoms or conditions of interest (asthma, worsening of asthma, or increase in symptoms of asthma) is systematically identified (the cases). Likewise, the epidemiologist systematically identifies a group of people as similar as possible to the cases, but without the diseases, symptoms or conditions of interest. This group is called the controls. The risk of people exposed to air containing sulfur dioxide developing the diseases, symptoms or conditions of interest is computed from mathematical formulas based on the rate of exposure to air containing sulfur dioxide among cases compared to the rate of the same exposure among controls. As in the cohort example, unless the risk of the disease is statistically significantly higher in the air containing sulfur dioxide exposed people, no excess risk of the disease exists in that group, and no scientist or medical doctor can validly state that air containing sulfur dioxide causes the disease in question. I did not locate any classic case control studies relating to the issue at hand.

Because a controlled epidemiological study looks at a subset or a sample of the population instead of the entire population, there is potential for error resulting from sampling. In other words, a study could report an elevated relative risk or an association between an exposure and a disease in a given sample simply as a matter of chance. Epidemiologists express this potential error in terms of "confidence intervals." Most well-designed epidemiological studies use confidence intervals of 95%. For example, a controlled study which concludes that the relative risk of a condition or disease resulting from a given exposure is 1.25 with a 95% confidence interval ranging from 0.9 to 1.7 means that there is a 95% chance that if the study were replicated the relative risk would fall somewhere between .9 and 1.7. The larger the study, the smaller the size of the confidence interval because the potential error resulting from sampling decreases as more people are studied. An association is not "statistically significant" unless the lower confidence interval exceeds 1.0. If the relative risk exceeds 1.0, but the lower confidence interval is less than 1.0, no statistically significant association exists because it is possible that the reported association was the result of chance and would not recur again if the study were replicated.

Regarding the issue of exposure to sulfur dioxide and development of asthma symptoms or worsening of existing asthma, the specific people exposed to air containing sulfur dioxide could not be determined with precision. Thus, by definition, it was not possible for epidemiologists to conduct a classic case-control or cohort study where it can be determined if the exposure of interest precedes the onset of disease for every individual in the study. Instead of performing a case-control or cohort study, scientists had to evaluate whether breathing air containing sulfur dioxide causes or worsens asthma by using an epidemiologic technique called an ecologic study. An ecologic study is considered by scientists to be an inadequate basis on which to draw a causal inference. The major limitation of an ecologic study is that the scientist does not know whether specific people are actually exposed to the agent under investigation. In an ecologic study, a scientist compares two trends in a population. In the situation at hand scientists generally compare air-quality data measuring sulfur dioxide and other substances in a city and compare the level of sulfur dioxide in the air with, for example, hospital data on visits to the emergency room or admissions for asthma. If the two trends (high sulfur dioxide in the air and emergency room visits for asthma) happen to be correlated, the investigator does not know

the sulfur dioxide level the asthma patient was actually exposed to. The investigator also may not know what else is occurring simultaneously in the population under study that may be relevant to the occurrence of asthma. For example, were pollen levels high? Did the person visiting the ER have a cat in the home or did someone in that person's home smoke? For all these reasons, scientists consider ecologic data to be inadequate to validly measure risk. Most scientists consider ecologic data to be hypothesis generating. Thus, most scientists consider ecologic data an inadequate basis on which to base a valid measure of risk/inference of causation.

A variant of a case-control study is a cross-sectional study. A typical cross-sectional study would be to take a group of people with cancer (cases) and measure some antibody in their blood. A group of controls without cancer would also have their blood examined for this antibody. However the key difference is that while the investigator knows the exposure status of each individual in the study, the investigator does not know the timing of that exposure relative to the onset of disease. All the investigator can say in this situation is that there is an association between the antibody and cancer. As we will see below, knowing whether the exposure of interest precedes the onset of disease is essential in drawing the causal inference. In order to draw causal inference that a particular substance causes a particular disease the scientist must know with certainty that the exposure precedes the disease.

Another way to determine if there is an association between an exposure and disease is to do a controlled trial in human beings. In this situation human volunteers are divided into two groups usually through some randomization process and one group is given the exposure (in this case breathing air containing known quantities of sulfur dioxide) while the other group, the unexposed control group, breathes plain air. The rates of disease (in this case measurements of airway constriction) can be directly compared between the exposed and the unexposed. Such experiments were done on adults in this instance.

If a statistically significant excess risk of disease cannot be demonstrated among the group of people possessing the characteristic, the causation analysis ends at step two. If, on the other hand, a statistically significant excess risk of disease can be demonstrated, the scientist then proceeds to the next step of the causation analysis.

**B.    The Bradford-Hill criteria.**

The third step involves a closer analysis of the excess risk. The epidemiologist reviews available scientific evidence to determine what causal inferences, if any, can be made on the basis of available evidence.

If epidemiologic studies demonstrate that a statistically significant association exists between a particular exposure and disease, then the epidemiologist examines a series of additional factors. Depending on the outcome of this evaluation, the epidemiologist could be more certain that a causal mechanism underlies the observed association. These additional factors (often referred to as the Bradford-Hill criteria) are as follows:

a)    **Temporal sequence of events**. To invoke a causal interpretation of a statistically significant association, the exposure must occur before the disease occurs. This is a condition that must exist before an association is deemed to be one of cause and effect. Considering the biology of the disease, one also examines whether the exposure occurs at an appropriate time before the disease.

5

b)      **Strength of the association**. The larger a statistically significant excess relative risk, the greater the likelihood the explanation of the association is cause and effect rather than bias. (Note it is the risk value that is at issue here; not the p value.)

c)      **Consistency of the observed association**. Repeatedly observing a statistically significant association in epidemiologic studies increases the likelihood that the explanation of the association is cause and effect.

d)      **Dose-response relationship**. The observation that increasing doses or duration of the exposure results in increased risk of disease increases the likelihood that the association is one of cause and effect.

e)      **Biologic plausibility of the observed association**. The observed association between an exposure and a disease should be plausible, given the known biology of the disease and the exposure. In addition, the notion of biologic plausibility includes presence of experimental evidence, analogy with other biologic models, specificity of effect of the agent (when appropriate), and coherence with known facts.

As outlined in detail in the remainder of this report, application of the Bradford-Hill criteria to Dr. Rosenfeld's causation hypothesis demonstrates that the hypothesis is not scientifically reliable.

C.      **Causation in a specific individual.**

The above paragraphs describe how an epidemiologist establishes that a particular agent is capable of causing a particular disease or injury. This does not mean that any particular individual who develops the specific disease, developed it because of the particular exposure.

D.      **Is it more likely or not that a specific individual's disease is caused by a specific exposure?**

It is important to note that if the relative risk of a disease among people with a given exposure is below 2.0, then, for any given individual, the chance of a disease being caused by that given exposure is less than fifty percent. In other words, if the relative risk is below 2.0, it can be shown mathematically that it is more probable than not that the exposure under consideration did not cause the disease.

The Bradford Hill criterion of consistency would apply to a given level of relative risk. In other words, if there were 100 studies of a particular exposure and disease and the average relative risk of these 100 studies was 1.1, the Bradford Hill criteria would imply that this is the best estimate of the relative risk between this exposure and this disease. Among these 100 studies there might be three where the relative risk is above 2.0. Clearly no scientist could validly put forth an argument that the best estimate of the relative risk in this situation is above 2.0. Obviously, to a layperson or scientist, the best estimate of the relative risk in this situation is 1.1. The Bradford Hill criteria encourage the scientist as well as the layperson to consider the weight of all the data when reaching a conclusion, rather than drawing an invalid conclusion based on one or two studies from a large body of scientific evidence.

**E.    Bases for Dr. Rosenfeld's opinions:  ecologic studies.**

With respect to medical causation, Dr. Rosenfeld in his report only cites reports from two ecologic studies to support his conclusion that exposure to sulfur dioxide at 50 micrograms per cubic meter (or 19 ppb) doubles the risk of asthma exacerbation in children with asthma.

These two studies (Delfino and Segala) individually or in combination, for the reasons set forth below, fail to provide a valid foundation upon which a medical doctor or scientist, in accordance with accepted scientific methods, can conclude that breathing air containing sulfur dioxide at levels below EPA NAAQS standard of 75ppb, can cause a doubling of the risk of asthma or exacerbation of asthma symptoms.  Thus, the claim that breathing air containing sulfur dioxide below EPA NAAQS level of 75ppb increases or exacerbates asthma in children who already have asthma is unproved.  In fact, I will show that there are many published studies demonstrating that this is not the case.  In fact, there are so many studies showing that this is not the case that a scientist can affirmatively conclude that ambient air containing sulfur dioxide below EPA levels does not cause a doubling of the risk of asthma or exacerbation of asthma symptoms in children who already have asthma.

As outlined above, Dr. Rosenfeld in his report only cites two ecologic studies to support his causation opinion.  An ecologic study is considered by scientists to be an inadequate basis on which to draw a causal inference.  In an ecologic study, a scientist compares two trends in a population.  For example, a scientist might observe that the prevalence of obesity has increased over the same time period that Americans' exercise habits have changed.  In a case control or cohort study, the specific people who are exposed or unexposed (in this example, changed their exercise habits) and have the disease or condition (in this example, obesity) or do not have the disease or condition are known.  In a case-control or cohort study a scientist would be able to tell if more obese, as compared to non-obese, people changed their exercise habits.  However, in an ecologic study, all that is known is the trends of exposure (exercise) and disease (obesity) in a population.

If the two trends happen to be correlated, the investigator does not know whether the disease is occurring in a person who is exposed or unexposed.  The investigator also may not know what else is occurring simultaneously in the population under study.  For example with respect to the example of exercise and obesity, have Americans' eating habits changed at the same time their exercise habits have changed?  In other words, ecologic studies often cannot rule out many other explanations for the observed correlation.  In addition, in this example, we would not even know if any specific obese person altered their exercise habits.  For all these reasons, ecologic studies can never provide a valid scientific basis on which to base a causal inference. (Rothman at 480).  Over interpreting ecologic studies was given a name in 1958; it was called the "ecologic fallacy." (Rothman at 469).

**IV.**

**DELFINO AND SEGALA REPORTS**

**Definitions and general concepts regarding the air quality ecologic studies.**

Generally speaking, the studies in this section, including the Delfino and Segala studies, are of two types.  The Delfino and Segala studies, as well as five more studies that I review, are

panel studies of groups of children. The disease endpoints for these studies are often questionnaires about asthma symptoms filled in by the children or their parents. Sometimes they are hospital admissions or ER visits for asthma or asthma symptoms. Sometimes the endpoints are objectively measured lung function studies conducted by the children, or their parents, or study personnel.

The other general study type is a population-based study where the investigator monitors a defined population such as part of a city, a whole city, multiple cities, or even substantial parts of whole countries. In this type of study usually hospital admissions or emergency room visits for asthma constitute the health endpoint that is measured. In these types of studies everybody in the area under study is contributing person years of observation to the study. For example if there are million people in the city and all hospital admissions for asthma are monitored for two years, then there are two million person-years of observation in this study. These types of studies can be restricted by monitoring hospital admissions or emergency room visits, for example, for children under 18 years of age. In this case, only the children under 18 years of age are contributing to the person-years of observation in the study.

In both these types of studies, panel based and population-based, the monitoring of exposure to potential pollutants such as sulfur dioxide are generally carried out in the same way, regardless of study type. The exposure measurements in both types of studies are usually atmospheric measures of individual air pollutants taken from data that is routinely collected as mandated by the EPA or other countries' pollution control agencies from fixed monitoring stations in one or multiple places throughout the city. This type of data can be used directly from the monitoring sites and is usually used as daily average levels of pollutants like sulfur dioxide or peak levels, usually one hour peaks. This type of air quality data is referred to as ambient data because it measures substances in the ambient air in a city.

Personal measures of air pollutants can also be taken if an individual is wearing a personal monitor, or breathes into a canister, that can measure pollutants such as sulfur dioxide. Such information would be referred to as personal measurements of an air pollutant.

Air quality data can also be modeled in an attempt to estimate sulfur dioxide concentration in the air around the house of each person or household in the panel. In this situation a modeling program, like the AERMOD program that Dr. Rosenfeld used in Texas City, can be used in an attempt to estimate or model the concentration of sulfur dioxide, for example, more specifically to a given house's location. The model might, for example, include weather data such as the direction prevailing winds blow in an attempt to more precisely define the concentration of substance like sulfur dioxide near a given subject's house. Or the model may be less specific and just attempt to define the concentration of sulfur dioxide more specifically for a census tract, or city block, or other area downwind from a refinery site.

Concentrations of sulfur dioxide and other airborne substances discussed in this report are usually reported in micrograms per meter cubed or parts per billion (ppb). Parts per billion of sulfur dioxide can be converted to μg per cubic meter by multiplying by 2.5. So, for example, 19 ppb of sulfur dioxide is approximately equal to 50 μg per cubic meter of sulfur dioxide.

When comparing an air-quality measurement of sulfur dioxide to the date of the medical event such as an emergency room visit or the development of an asthma symptoms such as we

8

use, the standard way of referring to the timing of the medical event relative to the air-quality event is by lag days. So if the ER visit and the rise in sulfur dioxide in the atmosphere occur on the same day that's referred to as a lag of zero days, or lag zero. If the air quality event occurs the day before the hospital admission, that's referred to as a lag of one day, or lag one, and so on; e.g., if the sulfur dioxide rose five days before the ER visit that would be lag five.

In the literature I review, two statistical methods are used to compute the odds ratios between a particular pollutant and the medical outcome. Most commonly, some form of regression involving time-series data is employed. A minority of the studies use a case-crossover method where each subject serves as their own control. However, unlike a classic case control study, this method still suffers from the ecologic fallacy.

## DELFINO

### A.    Study summary.

Delfino conducted a three-month follow-up, panel study of 22 Hispanic children with asthma who were 10 to 16 years old and living in a Los Angeles community. Subjects filled out asthma symptom diaries daily for up to three months (November 1999 through January 2000). According to the report, all children were followed for 60 days (November and December) and 11 children extended through January. Apparently, results from this study appear in two separate publications. One, Delfino (2003) is the report cited by Dr. Rosenfeld. The other report, Delfino (2002) is not cited by Dr. Rosenfeld. I will discuss both of these reports since they report on similar data from the same study.

The three-month study used both ambient air pollution data routinely collected in Los Angeles as well as personal measurements. The personal measurements were also collected on volatile organic compounds (VOCs), from exhaled breath samples of 19 study participants. These breath samples were only taken on certain days in the study timeframe, rather than every day of the study timeframe. The 2003 paper focuses on measurements taken on pollutants contained in the study subjects' exhaled breath. These were only taken on a few days in the entire study period. By contrast, the 2002 paper uses information from all study days.

The 2003 report, the one on which Dr. Rosenfeld bases his opinion, includes only a small fraction of the entire study data set, 108 days of observation (table 1 and text at 351). In contrast, the 2002 Delfino report includes information on all available days of observation, 1123 (table 1). Thus, Dr. Rosenfeld bases his opinion on less than 10% of the data available in the Delfino study. Moreover, with respect to a doubling of the risk, the 90% of the data from the Delfino study ignored by Dr. Rosenfeld failed to find a statistically significant doubling of the risk. Accordingly, the Delfino study actually stands for a proposition the opposite of the one for which Dr. Rosenfeld cites it: the risk of asthma exacerbation in children with asthma was *not* doubled by ambient sulfur dioxide exposure at the exposure levels outlined in the study.

Let us examine how the results in the two reports differ with respect to sulfur dioxide:

In table four of the 2002 report, there are eight odds ratios presented for sulfur dioxide. Three of the eight are statistically significant, the highest statistically significant odds ratio being 1.31 (1.1–1.55) for the odds ratio for symptom scores greater than one for one hour maximum ambient outdoor level of sulfur dioxide on the same day as the symptom report. In other words,

9

in the full data set on which Dr. Rosenfeld could have based his opinion, only three of eight results are statistically significant for sulfur dioxide, and all odds ratios are far below 2.0. Indeed, the upper confidence interval of all eight odds ratios were well below 2.0.

There are other problems and flaws with respect to Dr. Rosenfeld's interpretation of the results reported by Delfino:

### 1.   Small sample size.

There are only 19-22 subjects reported on in the Delfino data regardless of whether we are examining the 2002 or 2003 study. The effect of small sample size can be seen by comparing the confidence interval that Dr. Rosenfeld relies on, to the similar confidence interval in the 2002 study. Dr. Rosenfeld relies on Delfino 2003 for the 2.36 odds ratio comparing maximum one-hour sulfur dioxide levels with asthma symptoms on the same day. The confidence interval for that odds ratio goes from 1.16 to 4.18.

In Delfino 2002, the odds ratio for that comparison (comparing maximum one-hour sulfur dioxide levels with asthma symptoms on the same day) is 1.31 with confidence interval that goes from 1.1 to 1.55. Confidence intervals based on a larger amount of data observations means a smaller confidence interval than one based on less data. Thus, Delfino 2002 is much more accurate and robust from a statistical viewpoint. In general, the larger the amount of data on which one bases an odds ratio, the more reliable that odds ratio is. Comparing Delfino's two reports demonstrates that Dr. Rosenfeld's choice of odds ratios was based on data from the less reliable of the two Delfino reports.

The above paragraphs relate to the issue of sample size between the two Delfino reports. There are much larger studies available on which one could have based an opinion as to the size of the odds ratio between sulfur dioxide exposure and asthma symptoms. As we saw above, had Dr. Rosenfeld based his opinion on the larger Delfino study he would have had a more reliable estimate of the odds ratio between sulfur dioxide and asthma symptoms. Extending this logic, had Dr. Rosenfeld chosen an odds ratio from the study that was much larger in Delfino, he would have had a more reliable estimate. Delfino himself notes this when he says "the small number of subjects limits the external validity of results." (Delfino 2002 at 652) External validity is epidemiology speak for generalizability to the population at large. In short, Delfino himself explicitly states that his report should not be used in precisely the way Dr. Rosenfeld used the report.

### 2.   Ecologic fallacy.

As noted above, the defining characteristic of the ecologic study, and its major weakness, is that the exposure status of any individual is unknown. As if to emphasize the ecologic fallacy of using citywide ambient air quality measurement to approximate any individual's exposure to a particular pollutant such as sulfur dioxide, Delfino (2003) measures the difference between individual exposure and air-quality measurements. Table three of Delfino (2003) presents correlations between the ambient and breath levels of eight volatile organic compounds. Only two of the eight are statistically significant while they range from -.14 to 0.31. Understanding that 1.0 represents perfect correlation between two numbers, it is clear that these correlations are very small. In other words, ambient levels of pollutants are not very good indicators of an

individual's exposure to any given pollutant.   Indeed, Delfino states "there were weak correlations between breath VOCs and outdoor VOCs used in the epidemiologic analysis... This supports the notion that personal VOC exposures are not notably linked to outdoor levels which is consistent with the overall results of the EPA TEAM study." (Delfino 2003 at 360)

The poor correlation between ambient concentrations of pollutant gases and personal measures of the same gases is supported by Sarnat, 2001.  Sarnat, a report from the Harvard School of Public Health, is cited by the Delfino 2003 report that Rosenfeld relies on.  Sarnat specifically studies whether there is correlation between ambient and personal levels of airborne pollutants.  He concludes "ambient concentrations were not associated with the corresponding personal exposures for any of the pollutants, except for PM 2.5." In fact, sulfur dioxide had a small inverse association between personal and ambient levels of sulfur dioxide.  In other words, higher ambient levels of sulfur dioxide implied lower levels of sulfur dioxide measured on an individual person.

Sarnat cites three additional studies that support these findings.  The lack of correlation between ambient sulfur dioxide and personally measured sulfur dioxide highlights and emphasizes the basis for the ecologic fallacy.  It demonstrates that associations reported in ecologic data should be used for hypothesis generation rather than for causal interpretation.  In fact, as relates to the Delfino study, it would be unreliable or invalid for a scientist to draw a conclusion that the study supports a causal link between ambient sulfur dioxide exposure and exacerbation of asthma in children who already have asthma.

### 3.    Difficulty of separating out the effect of sulfur dioxide from the effect of other airborne substances.

In both Delfino reports, there is an extraordinarily high correlation between sulfur dioxide and nitrogen dioxide (approximately 0.9).  As noted above, 1.0 represents 100% correlation; in other words, hundred percent correlation is like an "=" sign in an equation — if you know one side of the equation, then you know the other.  In the 100% case, if you know the nitrogen dioxide level, then you know the sulfur dioxide level.  Since 0.9 correlation means a 90% correlation, it is almost like 100% correlation:  if you know the sulfur dioxide level, then you know the nitrogen dioxide level.  In a situation like this, it is virtually impossible to tease out the individual effect of one substance independent of the other substance.  This is especially true in a small study such as Delfino (or Segala).

Incredibly, Dr. Rosenfeld chose to limit his analysis to sulfur dioxide even though there is an extremely high correlation between sulfur dioxide and nitrogen dioxide (as well as other pollutants) and even though the only studies Dr. Rosenfeld cited as complying with the *Havner* standard (Delfino and Segala) are both extremely small studies.

### 4.    Inconsistency of objective and subjective results.

Asthma symptoms are clearly a subjective measure.  The most objective measure used in the Delfino study was peak expiratory flow (PEF).  In 2002, Delfino reports "none of the models showed any deficit in PEF in relation to VOCs or criteria pollutant gases." (Delfino 2002 at 651).  Criteria pollutant gases are those that the EPA mandates be measured in air-quality data.  They, of course, include sulfur dioxide.  Rosenfeld chooses to present an odds ratio concerning

the association between sulfur dioxide and asthma symptoms without any mention that ambient sulfur dioxide exposure is unrelated to PEF, the most objective result in the Delfino reports. The lack of association between sulfur dioxide and PEF calls into question the reliability and validity of whatever association exists between asthma symptoms, a totally subjective result, and sulfur dioxide exposure.

## B.    Conclusion.

The Delfino study is too small a study on which to base any reliable scientific inference. To make matters worse, Dr. Rosenfeld chose an odds ratio from a subset of an already small data set on which to base his opinion. Making such a choice highlights the lack of reliability and lack of validity of Dr. Rosenfeld's method. Furthermore, the Delfino study virtually proves the ecologic fallacy, namely, that airborne pollutant measurements are not good indicators of level of airborne pollutant that any individual is breathing. As noted above, scientific inference must be based on a known exposure and known disease outcome. The Delfino study demonstrates that with respect air pollution, this is impossible. As a result, Dr. Rosenfeld's opinion is based on unreliable data and invalid methodology. As such, his opinion is unreliable and invalid.

## SEGALA

## A.    Study summary.

Segala performed a six-month follow-up, panel study of a 84 medically diagnosed asthmatic children, aged 7 to 15 years, classified into two groups of severity, mild and moderate. They measured incidence and prevalence of asthma attacks, symptoms, and use of supplementary beta agonists, peak expiratory flow (PEF) and variation in PEF. The children were classified into two groups according to the regularly scheduled inhaled medications that they received. The 41 moderate asthmatics receive both daily inhaled steroids and inhaled beta agonists. There were also 43 who were classified as mild asthmatics. Twenty-one of these received neither inhaled steroids or regularly scheduled inhaled beta agonists. While the study does not say specifically, apparently the mild asthmatics were those who were not moderate asthmatics. The main exposure of interest appeared to be an increase of 50 μg per cubic meter of various substances in the air.

The children were followed for 25 weeks from November 1992 to May 1993. At the end of each day the parents recorded the presence or absence of asthma attacks, upper and lower respiratory infections with fever, and the use of supplementary inhaled beta agonists. They also recorded the severity of three symptoms: wheeze, nocturnal cough, and shortness of breath. Children recorded their best PEF out of three attempts, three times a day. Parents were asked to note the days spent outside the study area, and these days were excluded from the analysis. On average, suitable data was available for approximately 80% of the subjects per day.

Ambient air pollution was routinely measured in the greater Paris area using the existing monitoring network. Data was collected on sulfur dioxide, nitrogen dioxide particles with an aerodynamic diameter close to 10 micrometers (PM10), black smoke, temperature and humidity.

The authors note that the factors that increase the risk of acquiring a symptom (incident episode) are not necessarily the same as those that increase its duration (approximated by prevalence data). An incident episode for given symptom was defined as the presence of the

12

symptom on a given day when the previous day had been symptom-free. A prevalent episode was defined as the presence of a symptom on a given day your respective of the presence of the symptom on the previous day.

In table two the authors present data demonstrating that sulfur dioxide was strongly and statistically significantly correlated with the other airborne substances measured.

In table four the authors present information on the effects of an increase in 50 μg per cubic meter of various airborne substances on the incidence of the various diseases and symptoms in mild asthmatics. The odds ratio for asthma on the day of the 50 μg increase of sulfur dioxide was 2.86 (1.31–6.27). On the day subsequent to the rise, the odds ratio was 2.45 (1.01–5.92). Other statistically significant results included nocturnal cough and sulfur dioxide exposure, exposure to black smoke and nocturnal cough, black smoke and respiratory infections, PM 10 and nocturnal cough and respiratory infections, nitrogen dioxide and asthma, nocturnal cough and nitrogen dioxide, and respiratory infections and nitrogen dioxide.

The odds ratio for nitrogen dioxide and asthma was 2.33 and statistically significant. Importantly, this value is statistically indistinguishable from the 2.45 and 2.86 for sulfur dioxide. Given the strong correlation between nitrogen dioxide and sulfur dioxide shown in table two, it is difficult to say, as Dr. Rosenfeld apparently does, whether incident asthma was associated in this study with sulfur dioxide or nitrogen dioxide.

In table five the authors present information for mild asthmatics on the effects of an increase in concentration of 50 μg per cubic meter of various airborne substances on prevalent episodes in mild asthmatics. The highest statistically significant odds ratio for asthma and sulfur dioxide is 1.71 for lag zero only. Sulfur dioxide also has significant associations with shortness of breath, respiratory infections, and beta agonist use. Some of these odds ratios are above 2.0. Black smoke and nitrogen dioxide are also significantly associated with respiratory infections.

In table six odds ratios are presented concerning the increase of 50 μg per meter cubed of various airborne substances in moderate asthmatics, separately for both incident and prevalent asthma episodes and symptoms. There are no statistically significant findings concerning incident asthma or symptoms for sulfur dioxide. In fact, the only statistically significant finding concerning incident episodes is a significantly elevated odds ratio for nitrogen dioxide and nocturnal cough. When looking at asthma and its symptoms as prevalent episodes the only significantly elevated odds ratio is between nitrogen dioxide and nocturnal cough. The odds ratios for beta agonist use were the highest in the entire report and statistically significantly associated with every airborne substance.

Importantly, there was no relationship between pollutants and PEF variables in either asthmatic group studied. In a data dredging exercise, the authors looked for the effects of an increase in airborne substances on PEF in only the 21 people in the mild asthmatic group. There were no statistically significant associations related to sulfur dioxide exposure.

**B.      Flaws in the Segala study and/or in Dr. Rosenfeld's interpretation of the study.**

**1.      Small size.**

There are a number of severe epidemiologic flaws in the Segala study. It is a very small

13

study evaluating only 84 subjects. Small size impairs one's ability to generalize the results of the study to a larger population. Small size also decreases one's confidence in the results. As we saw clearly in the Delfino study, one subject in that small study markedly altered the results.

## 2. Lack of overall results.

Compounding the small size, Segala analyzes the study in small groups and never presented the overall results. Segala does a strange thing in the way she presents her data. Most scientists would present the result in the total group first and, then, if there is something interesting about the overall result, the scientist would look at the result in various subgroups. However, the overall result, since it includes all subjects, is always the most robust result from any study. That is why most scientists work from the overall to subgroup results in terms of presenting their data.

What would Segala's results look like for all 84 subjects? So, for example, instead of separating out the mild and moderate asthmatics into tables four and six on incident episodes of asthma, Segala might have presented an overall odds ratio for the relationship between exposure to sulfur dioxide and incident asthma. Segala's tables only include risks that are greater than 1.2. Thus, not all her data is shown. The only place I can compute, for all asthmatics combined, what the odds ratio of recording an asthma attack might have been by exposure to sulfur dioxide is for four days lag. The odds ratios were 2.33 (0.96-5.62) from table four and 1.20 (0.55–2.62) from table six. Statistically, combining these odds ratio and confidence intervals, I compute 1.6 (0.9–2.8) as the statistically non-significant odds ratio of the association between increase in sulfur dioxide and record of an incident asthmatic attack.

The 2.33 odds ratio shown in table four for mild asthmatics is much reduced in the total study population to 1.60. While I would like to perform the same calculation for the 2.86 odds ratio in table four, I am not able to do that directly. Segala only includes data in tables where the odds ratio is greater than 1.2. Thus, I cannot do the same computation of the odds ratio between sulfur dioxide, lag zero, and the recording of an asthmatic attack for mild plus moderate asthmatics. This is because the odds ratio for sulfur dioxide and moderate asthmatics, lag zero, is not shown in table six because it is less than 1.2. However, I do know that the odds ratio in table six for the association between sulfur dioxide, lag zero, and the recording of an asthmatic attack for moderate asthmatics is less than 1.20. So, conservatively, I take the data from table six for incident asthma, lag four, (the value I used above, 1.20 (0.55–2.62)) and combine it with the 2.86 to get an overestimate of the odds ratio for minimal and moderate asthmatics combined and exposure to sulfur dioxide, lag zero. Making that calculation I determined that the odds ratio was no greater than 1.85 (1.06–3.22). In other words, when all asthmatics are considered, there is not a doubling of the risk in relation to exposure to sulfur dioxide with zero days lag. As previously noted, the value from the total study group would be the most robust estimate of this study's result for this category. Accordingly, Dr. Rosenfeld's reliance upon the Segala study as demonstrating a doubling of risk is flawed: by its own terms, the study does not show a doubling of the risk for the population studied. Rather, the Segala study only reports a doubling of the risk as to a subset of an already small data set.

## 3. Ecologic fallacy.

As noted above, the defining characteristic of the ecologic study, and its major weakness,

14

is that the exposure status of any individual is unknown. Segala notes this when she says "the use of stationary air pollution monitoring data to represent personal exposure is a weak point of this study, shared by most panel studies." (Segala 1998 at 683). In other words, whether or not any individual in the study is actually exposed to the 50 μg per meter cubed change in a particular airborne substance is unknown. Stated differently, the exposure of each and every subject in this study is unknown. Highlighting the truth of the ecologic fallacy, we saw in the Delfino study that there was little correlation between ambient air-quality VOC measurements and measurements of VOCs in an individual's exhaled breath. This lack of correlation was corroborated by Sarnet, 2001. Thus, we are left to take it on faith that sulfur dioxide measured in the ambient air is in fact truly representative of the sulfur dioxide concentration any given individual was breathing. This is not the usual way of doing science and is certainly not scientifically reliable.

### 4.   Impossibility of separating out the effects of individual airborne substances.

The fourth flaw in the study relates to the high degree of inter-correlation shown in table two between the various substances. I understand that statistical models have been created to model into correlation and attempt to disentangle the effects of various airborne substances. It is just common sense, however, that the more strongly two variables are correlated with one another, the harder it becomes to believe that their effects have been validly separated. In the extreme case it is obviously impossible to disentangle the effects of two substances that are correlated one to one. With only 84 subjects, is difficult to imagine that the models are efficient and reliable when it comes to separating the effects of airborne substances that are between 50 and 90% correlated.

### 5.   Inconsistency of objective and subjective results.

Interestingly "there was no relationship between pollutants and PEF variables in either asthmatic group studied." (Segala 1998 at 682). Thus, on the only objective measure that this study included, the results were negative. We observed the same in the Delfino study. As Segala explains in the methods section, all asthma attack and asthma symptom data depend on parents accurately observing and recording asthma attacks and various asthma symptoms. If this study involved only two to four-year-olds, I could understand that parents might be there all day with their children to see what their children are experiencing. In the case of children aged 7-15, there is no reason to believe that the parents were with the children all day to observe their children's symptoms.

In any case, the only objective measure in the study that does not depend upon parental observation is the PEF measure. Thus, both the Segala and Delfino studies are negative by the most objective end point employed by the authors. Accordingly, Dr. Rosenfeld's reliance upon these studies to support his opinion relating to asthma and sulfur dioxide exposure is not scientifically reliable.

### 6.   Inconsistency with other results.

The author herself points out that there were three US studies where no association was found between sulfur dioxide and respiratory effects in asthmatic children. She lists three other studies where the results were also generally negative with respect to sulfur dioxide.

15

Surprisingly, the author makes no attempt to explain why her findings are different from these other studies.

### 7.   Flaws in Rosenfeld's opinion regarding Segala.

In his report, Dr. Rosenfeld presents Segala's study by noting "Segala et al. (1998) evaluated short-term exposures of 43 mildly asthmatic children from Paris during the winter of 1992–1993 to ambient air pollution." Dr. Rosenfeld then goes on to present only one finding from Segala, namely, that for an increase of 50 µg per meter cubed in ambient sulfur dioxide, mildly asthmatic children were 2.86 (1.31–6.27) times as likely to experience an incident episode of asthma. Also, it makes little medical sense that sulfur dioxide exposure would be harmful to mildly asthmatic children and not harmful to moderately asthmatic children, yet this is precisely the result of the Segala study.

There are several things wrong with Dr. Rosenfeld's approach. In the first place, he only presents half of Segala's data, that is the data relating to the 43 mildly asthmatic children. He ignores the data relating to the 41 moderately asthmatic children without any explanation as to why. As we have seen from the calculations above, the odds ratio would certainly be below 2.0 had Dr. Rosenfeld considered all asthmatic children, instead of just mildly asthmatic children.

Beyond this, the degree to which Dr. Rosenfeld has cherry picked Segala's data is astounding. The data in tables four, five, and six of Segala represent 480 odds ratios, although, as noted above, those below 1.2 are not shown in the tables. Of these 480 odds ratios, Dr. Rosenfeld chooses to present one, and only one, odds ratio. Such a decision is unscientific. No scientist can validly state that one finding out of 480 in a report is representative of all findings in that report. Furthermore, not only is a single odds ratio not representative of Segala's results, but a single odds ratio picked from among 480 is in no way is generalizable to the general population. Yet, this is precisely what Dr. Rosenfeld does in his report when he cites Segala for the proposition that sulfur dioxide exposure doubles the risk of asthma exacerbation in children with asthma who live near the BP refinery.

There are other flaws in Rosenfeld's opinion that flow from the flaws in Segala study. Because of the high degree of inter correlation between the various airborne substances, even if we took the 2.86 odds ratio for sulfur dioxide at face value, there would be little validity to saying the 2.86 was driven by sulfur dioxide as opposed to black smoke or PM 10. Those two substances are almost 90% correlated with sulfur dioxide. Again, while I understand the statistical model attempts to model the effects of individual substances, when there is a 90% correlation between variables it simply is not possible to reliably separate their effects with so few study subjects.

Even though there is no association between any of the airborne substances and PEF in the data overall, Segala singles out a group of 21 mild asthmatics in table seven and attempts to look for associations between the airborne substances and PEF in these 21 people. Even in this cherry picked group there are no statistically significant associations between sulfur dioxide and the only objective measure in the study, PEF.

In short, Dr. Rosenfeld's opinion that there exists a more than twofold risk of asthma based on one finding from Segala study is not scientifically reliable. It is unreliable both because

16

it is based on unreliable information and because he uses an invalid and unreliable evaluation of Segala's total data.

## V.

## REVIEW OF SCIENTIFIC ARTICLES THAT DO NOT SHOW A DOUBLING OF THE RISK OF ASTHMA OR ASTHMA EXACERBATIONS WHEN BREATHING AMBIENT AIR CONTAINING LESS THAN 75 PPB OF SULFUR DIOXIDE

In contrast to the relatively tiny studies relied upon by Dr. Rosenfeld, there are many well conducted studies involving, in some cases, millions of person years of observation.

### A.    General population studies.

#### 1.    Ko, 2007.

In this very large ecologic study, the authors monitored the entire population of Hong Kong (seven million people) for six years, from the beginning of January 2000 to the end of 2005. Thus, they monitored seven million people for six years for a total of 42 million person-years of observation. The endpoint was hospital admission for exacerbation of asthma. The airborne pollutants monitored by using routinely collected government data from Hong Kong included sulfur dioxide, nitrogen dioxide, ozone, PM 10, and PM 2.5. The authors computed relative risks for each 10 μg per cubic meter increase in the concentration of pollutant. There were no statistically significant relative risks for sulfur dioxide. Regardless of whether the authors looked at specific lag days, or summed results over multiple lag days, the results remained non-significant for sulfur dioxide and hospitalizations due to acute exacerbation of asthma. The largest upper 95 % confidence limit in any sulfur dioxide computation was 1.017 (lag zero through four combined). When looking at children ages zero to 14 years, there was likewise no statistically significant increase in hospitalization due to acute exacerbation of asthma related to change in sulfur dioxide concentration. The authors noted that "similar to other ecologic studies, the study was limited by the fact that precise exposure to a specific pollutant could not be assessed." (Ko 2007 at 1317). The authors also noted "the strength of this study is that the data were recent and collected over considerably long study period (from January 2000 to December 2005) from the reliable central–computerized system of the Hospital Authority head office in Hong Kong, which captured all the healthcare utilization data for over 90% of our patient population." (Ko 2007 at 1315).

#### 2.    Lee, 2006.

This study is very similar to the study by Ko. It monitored the entire Hong Kong population less than 18 years of age from 1997 to 2002. Thus, it overlaps somewhat with the Ko study, but focuses on children. It used asthma hospital admissions as one of its endpoints. It used similar air-quality data and a similar analytic strategy. The main result was that in the single pollutant model an increase of 11 μg per cubic meter of sulfur dioxide in the atmosphere did not result in any increase in hospitalizations for asthma except for a five day lag from the increase, which resulted in a minuscule statistically significant 1.46 percent increase in hospital admissions for asthma. In fact, lag days zero, one and two days showed a decrease in

hospitalizations for asthma. When all the pollutants were put together in a statistical model, even the tiny significant value for five day lag in elevation for sulfur dioxide disappeared. The authors conclude the "effect of sulfur dioxide was lost after adjustment." Regarding their entire study, the authors note "the validity of our study is supported by long study period, reliable central–computerized source of hospital admissions data for over 90% of the population and good air–quality monitoring system of international standard."

Taken together, these two studies monitor millions of children for nine years and show conclusively that there is no risk of hospitalization for exacerbation of asthma based on increases of sulfur dioxide in the atmosphere. The extremely tight confidence intervals, upper 95% limit of 1.017, dramatically refute Dr. Rosenfeld's opinions based on the tiny studies by Delfino and Segala. No reasonable epidemiologist would rely upon Delfino and Segala alone and ignore Ko and Lee as Dr. Rosenfeld did in his report.

**B.    Smargiassi, 2009.**

This study examines the risk of asthmatic episodes in children exposed to sulfur dioxide stack emissions from a refinery in Montréal, Canada. The endpoints measured were emergency room visits and hospital admissions from 1996 to 2004 among the approximately 3400 children two to four years of age living within 7.5 km of the refinery stacks. This study use the same modeling program that Dr. Rosenfeld used in his report, AERMOD, for estimating airborne pollutant levels at each child's residence. In addition this report computes odds ratios for changes in sulfur dioxide peak exposures of 31.2 ppb, which is larger than the 19 ppb that Dr. Rosenfeld proposed as leading to a doubling of the risk of asthma exacerbation. In the present study, emergency room visits had an odds ratio of 1.10 (1.00–1.22) for an increase of 32 ppb of sulfur dioxide. Hospitalizations for asthma had an odds ratio of 1.42 (1.10–1.82) for ambient sulfur dioxide increases of 32 ppb. Again, note that no values approach a doubling of the risk.

Moreover, the authors of the study note that "the associations between sulfur dioxide levels from fixed monitoring sites and hospitalizations for asthma in children do not show consistent evidence for adverse effects." "Inconsistent results obtained with sulfur dioxide levels measured or estimated with AERMOD may be attributable to the small number of hospitalizations of children in these [areas, n=122 and n=141]". "For ED visits, ORs derived using sulfur dioxide levels from the fixed monitoring sites or estimated with AERMOD followed similar tendencies..." Is interesting that the authors attribute some of the inconsistency in their results to small numbers and that the numbers that they are considering small are 122 and 141. This confirms my opinion that the approximately 20 and 40 children in the Segala and Delfino studies are indeed very small. Furthermore, when one examines the data in figure 3 that the above quotations referred to, one indeed sees substantial variation between the different areas in the study in addition to substantial variation by sulfur dioxide measure. The odds ratios that I present above, 1.42 and 1.10 as representing the study, are the highest that this study found among many odds ratios.

This study is very similar to many of Dr. Rosenfeld's propositions. The airborne pollutants evaluated are thought to be mostly from a nearby refinery's emissions; the subjects are young children, younger than the subjects of Delfino and Segala; the measured sulfur dioxide levels are in the range that Dr. Rosenfeld claims cause a doubling of the risk; Smargiassi uses the same modeling software that Rosenfeld uses to estimate residence specific sulfur dioxide levels

18

from the monitoring station data; the present study estimates odds ratios for peak sulfur dioxide values. Unlike the very small studies of Segala and Delfino, the present study's results derive from monitoring approximately 30,000 child-years (~3,400 children x 9 years = 30,000). Delfino (2003) has 108 person days of observation, 1/3 of a year. The present study has 90,000 times (30,000 divided by 1/3) the amount of follow-up information as the Delfino study on which Dr. Rosenfeld based his opinion.

That Dr. Rosenfeld did not include the Smargiassi report with the Segala and Delfino reports demonstrates the unreliability of Rosenfeld's opinion. When proffering a scientific opinion, it is not valid scientific methodology to cherry-pick the one or two studies that support a particular point of view and exclude similar studies whose methods are similar to your methods but whose results oppose your viewpoint. As noted, the Smargiassi report reports odds ratios for approximately the same concentration of sulfur dioxide that Rosenfeld opines causes a doubling of the risk of exacerbation of asthma; the present report is much larger and therefore the odds ratios are much more statistically reliable then the odds ratios in Delfino and Segala; yet, Dr. Rosenfeld does not rely on the 1.1 or 1.4 odds ratios from Smargiassi.

## C.     Other studies.

There are at least nine other very large studies that examine the question of whether increases of sulfur dioxide in the atmosphere are associated with increases in hospitalization or emergency room visits for asthma. These nine studies have as their subjects the population of entire cities, multiple cities, entire countries, or multiple countries.

### 1.     Lin, 2004.

This study examined six to 12-year-old children in Vancouver, British Columbia, Canada from 1987 to 1998. There are 600,000 people who live in Vancouver. The report details the associations between gaseous air pollutants and asthma hospitalization. The study subdivided results by high low socioeconomic status and gender. The study also used up to seven days of lag after the elevation of sulfur dioxide in the atmosphere. Thus, there are 28 odds ratios (two times two times seven) presented for sulfur dioxide alone. Three of these are statistically significant, 25 are not. Clearly, the overall result of this study is that there is little if any association between changes in sulfur dioxide concentration in the atmosphere and increases in asthma hospitalization over this 13 year period. Even if we take the largest risk, which is a six-day lag for low socioeconomic girls, the odds ratio for an increase of 3.25 ppb of sulfur dioxide is 1.19, with an upper 95% confidence interval of 1.4. Thus, even though the results of the study overall are negative, even the most positive result in the study for sulfur dioxide does not approach a doubling of the risk for asthma hospitalization related to increasing atmospheric concentration of sulfur dioxide. This study was published in 2004 and at that time the authors noted "to date, there have been no consistent results to support the positive associations of sulfur dioxide and nitrogen dioxide with asthma hospitalization found in our study."

### 2.     Fusco, 2001.

This study examines emergency room visits or hospital admissions for asthma among people of all ages with a focus on children zero to 14 years of age in all of Rome, Italy, the city of approximately 3,000,000 people, from 1995 through 1997. Like the other studies it compares

19

these admissions to variations in the concentration of air pollutants throughout the city. For people of all ages, increases in concentrations of sulfur dioxide of 6.9 micrograms per cubic meter are actually associated with decreases in-hospital admissions for asthma. Focusing on children zero to 14 years of age, increases in sulfur dioxide concentration in the atmosphere are not associated with any statistically significant changes in daily hospital admissions for asthma. Again, in this study of millions of people followed over several years time, there is no association between increases in sulfur dioxide concentration in the air, increases in hospitalization for asthma.

### 3.   Barnett, 2005.

This study of outdoor air pollution and hospital admissions and children is centered in two cities in New Zealand, and five in Australia, which in total account for about 50% of the population of each country. The study monitors in excess of a million people for four years. There were no statistically significant findings for increases of 5.4 ppb of sulfur dioxide in the atmosphere and asthma admissions for infants, children one to four, or children five to 14. Confirming my earlier comments, the study notes "if a health outcome was significantly associated with more than one pollutant, there was always the question as to whether one pollutant's affect is actually showing the impact of another with which it is correlated." Again, this is a study covering in excess of a million people over multiple years and shows no association between increases in sulfur dioxide in the atmosphere and increases in hospitalizations for asthma among children.

### 4.   Schouten, 1996.

This study follows the population of Amsterdam, the Netherlands (approximately 700,000 people) from 1977 to 1989 and like previous studies looked set emergency hospital admissions for asthma based on increases in sulfur dioxide in the atmosphere. What's different about this study than the ones we have considered previously, is that the time period was long enough ago that airborne levels of sulfur dioxide were much greater than they are today. So this study monitors increases in hospitalization for 100 microgram per meter cubed in ambient sulfur dioxide. The study concludes "sulfur dioxide did not show any clear effects; in Amsterdam a significant negative effect was even found." In Amsterdam for asthma hospital admissions per 100 µg per meter cubed increase in sulfur dioxide, one hour maximum value with a two-day lag, the odds ratio was 0.995 with an upper 95% confidence interval of 1.051. This is a miniscule change in asthma admissions considering that the atmospheric change is 100 µg per meter cubed. The highest odds ratio in a subgroup (one hour maximum sulfur dioxide concentration cumulative, during the summer), 1.164 with an upper 95% confidence bound of 1.344 provides overwhelming reassurance that there is not a doubling of the risk for elevations of sulfur dioxide in the atmosphere, even when that elevation is as much as 100 µg per cubic meter.

### 5.   Sunyer, 2003.

This report comes from another large study called APHEA 2. The study includes people of all ages followed from 1988 through 1997 in Birmingham and London England, Milan Italy, Paris France, Rome Italy, Stockholm Sweden, and all of the Netherlands. Like the other studies we have already discussed, it uses standardly collected air pollution data and regresses it against hospital admissions for asthma to compute percent change in hospital admission rates. For an

increase of 10 μg per cubic meter of sulfur dioxide the daily number of admissions for asthma in children increased 1.3% (0.4% to 2.2%). However, this effect disappeared after controlling for other pollutants. Thus, this is another study of millions of people followed for many years that demonstrates no increase in asthma related to sulfur dioxide, once the effects of other pollutants are properly accounted for.

**6.    Sunyer, 1997.**

This study, from the APHEA 1 study, examines emergency-room admissions for asthma during the years 1986 through 1992 in four European cities. For people 15 years and older there was no significant association between sulfur dioxide concentrations of 50 μg per cubic meter and emergency room visits for asthma. For those under the age of 15 the odds ratio was 1.075 (1.026–1.126) for a 50 μg per meter increase in sulfur dioxide and emergency room visits for asthma. These odds ratios remained elevated when further adjusted for the presence of black smoke or nitrogen dioxide. The study concludes "in summary, our results suggest a consistent impact of levels of particles and nitrogen dioxide on asthma admissions and of sulfur dioxide levels on asthma admissions in children in the European cities. The associations observed were weak..."

**7.    Norris, 1999.**

This study examines the association of ambient sulfur dioxide levels with asthma visits to hospital emergency departments in Seattle during a 15 month period including 1995 and 1996. It concludes that "the daily 1 hour maximum sulfur dioxide and nitrogen dioxide were not significantly associated with an increase in emergency department visits for asthma for any of the study areas." For a variation of 12 ppb of sulfur dioxide there was a non-significant odds ratio of 1.02 (0.95–1.09). Again, there is no way that this result is compatible with the doubling of the risk of asthma related to sulfur dioxide in the atmosphere.

**8.    Boutin-Forzano, 2004.**

This study examines emergency room visits for asthma attacks and various air pollutants. This study included all 549 individuals, three through 49 years of age, visiting the emergency room for an asthma attack during one year, in Marseille, France. 217 children 15 years or younger were included in the study population. There was no association between emergency room visits and 10 microgram per cubic meter changes in sulfur dioxide levels in the atmosphere. The odds ratios were approximately 1.0 for lags of zero through four days. The highest 95% upper confidence limit was 1.01.

**9.    Goldstein, 1986.**

In this relatively early study of sulfur dioxide and emergency room visits for asthma, Goldstein is able to examine the impact of relatively high levels of sulfur dioxide over a three year period, 1969-72. Because this study was conducted many years ago, the author noted he was able to examine levels of sulfur dioxide that in the laboratory led to changes in respiratory functions as well as symptoms in asthmatic individuals exposed during exercise. He designed the study to determine whether similar responses to short-term sulfur dioxide peaks in the ambient air can be detected in the general population. Then Goldstein does a simple comparison between what he calls asthma epidemic days at hospital emergency rooms in New York City and

high levels of sulfur dioxide, 100, 300, or 500 ppb. While he does many different comparisons, essentially none of them are statistically significant. The study concludes "thus we can conclude that there is no significant association between days when high hourly levels of sulfur dioxide were measured in days with high numbers of emergency room visits for asthma in New York City."

## D.   Panel studies.

### 1.   Schildcrout, 2006.

The authors investigated the relation between ambient concentrations of five of the EPA criteria pollutants in asthma exacerbations (daily symptoms and use of rescue inhalers) among 990 children in seven US cities and Toronto from November 1993 through September 1995. The air pollution data was collected from the Aerometric Information Retrieval System (AIRS). Daily citywide concentrations of air pollutants were calculated by averaging monitor-specific concentrations. Children recorded the severity of their asthma symptoms on daily diary cards at the end of each day. Children also recorded their daily number of rescue inhaler puffs. When this study computed odds ratios they were computed for 10 ppb changes in sulfur dioxide levels on the same day and with lags of one and two days. In addition, the study used a three-day moving sum which it said was three times the three day moving average. Figure 1 demonstrates that the odds ratios for daily asthma symptoms related to a 10 ppb change in sulfur dioxide was not statistically significant for any individual sulfur dioxide lag. The three-day moving sum result had a relative risk of 1.04 (1.00–1.08). None of the findings for rescue inhaler use were statistically significant for a 10 ppb change and sulfur dioxide level. It goes without saying that none of these results in any way suggest a doubling of the risk the exacerbation of asthma for a 10 ppb change in sulfur dioxide.

Like Delfino and Segala the present study is a panel study. However it is much more statistically reliable than those that Rosenfeld relies on from Segala and Delfino, 40 and 20 children, respectively. In addition, the study runs for 22 months as opposed to five and three months for Segala and Delfino, respectively. The longer time frame increases the person-years of observation as well as allowing adjustment for seasonal variation. Most of the data in the Schildcrout study come from the United States. Again, no reasonable epidemiologist would exclude the Schildcrout study from his analysis of the association between sulfur dioxide exposure and asthma.

### 2.   Roemer, 2000.

This is a publication from the PEACE study, Pollution Effects on Asthmatic Children in Europe. Fourteen European centers collaborated during the winter of 1993–1994. Two panels of at least 75 children each were followed during at least two months. Children between six and 12 years of age with chronic respiratory symptoms were selected by a parent completed screening questionnaire. As with other panel studies, diaries were kept. Daily prevalence and incidence of symptoms and medication use were derived from the diaries. Morning and evening PEF were recorded by the children. Because this study was conducted quite a while ago, sulfur dioxide levels were relatively high, with average levels in six of the 14 cities being above 50 µg per cubic meter. The data reported in table two show no association between 100 µg per cubic meter increase in sulfur dioxide levels and PEF changes or in odds ratios of symptom prevalence. In

the text it is noted that incidence of respiratory symptoms and medication use was also not associated with air pollution. Thus, this large panel study that was able to look at very high levels of air pollution relative to more recent studies, provides no evidence whatsoever of an association between high sulfur dioxide levels in worsening of asthma, measured objectively or subjectively. Again, no reasonable epidemiologist would exclude the Roemer study from his analysis of the association between sulfur dioxide exposure and asthma.

### 3.    Mortimer, 2002.

In this panel study of 846 asthmatic children residing in eight urban areas of the United States daily air pollution concentrations from ambient air were used to evaluate the odds ratios between sulfur dioxide (and other pollutants) and changes in PEF or asthma symptoms. Children were four to nine years old and resided in inner-city neighborhoods and were studied between June and August of 1993. Daily pollutant metrics were calculated by averaging hourly readings based on peak occurrences. From the text, I note that "estimates for evening effects were null (data not shown)". The text further notes that "the greatest effect on morning symptoms was seen for 2 day moving average lag." Thus the highest odds ratio for all eight areas from a single pollutant model was 1.19 (1.06–1.35). The highest odds ratio in a four-pollutant model, which could only be obtained from three areas, was 1.23 (0.94–1.62). The single pollutant model for those three areas was 1.32 (1.03–1.70). These odds ratios reflect a change of 19 ppb for sulfur dioxide. None of these odds ratios in any way suggests a doubling of the risk of worsening of asthma for a 19 ppb change in sulfur dioxide. The small elevation in the odds ratios was restricted to the incidence of morning asthma symptoms; as noted there was no effect on percent change in PEF. This is a pattern we have seen before, a small association with subjective symptoms, and no association with the objective measure, PEF. Again, no reasonable epidemiologist would exclude the Mortimer study from his analysis of the association between sulfur dioxide exposure and asthma.

### 4.    O'Connor, 2008.

This study analyzed data from 861 children with persistent asthma in seven US urban communities who performed two-week periods of twice-daily pulmonary function testing every six months for two years. Asthma symptom data were collected every two months. Daily pollution measurements were obtained from the AIRS system. The children were on average 7.7 years old and were mostly black or Hispanic. There were 5,053 observation days for air pollution. For a change of 12.4 ppb in sulfur dioxide the estimated change in FEV1 was -1.6% (-2.54, -.67) and for PEF there was an estimated change of -2.14% (-3.08, -1.19). For asthma related symptoms for 12.4 ppb change in sulfur dioxide none of the odds ratios were statistically significant. For the various symptoms the odds ratios ranged from 1.06 to 1.14. The highest upper 95% confidence limit for any symptom was 1.64. None of these results are consistent with a doubling of the risk of symptoms or meaningful change in pulmonary function testing for 12.4 ppb change and sulfur dioxide. The authors note "causal inferences regarding individual pollutants are limited by two factors. First, there are significant inter-correlations among the levels of most of the pollutants examined. Second, a particular pollutant concentration may serve as a surrogate measure of other, unmeasured, and possibly more causal components of urban air pollution mixtures." Again, no reasonable epidemiologist would exclude the O'Connor study from his analysis of the association between sulfur dioxide exposure and asthma.

**5.    Aekplaorn, 2003.**

This study examines the acute effects of sulfur dioxide from a power plant on pulmonary function in children 175 asthmatic and non-asthmatic six to 14 years of age in Thailand. There was a panel study where each child perform daily pulmonary function testing during a 61 day study time frame. In the asthmatic children, a daily increase in sulfur dioxide of 10 µg per cubic meter was associated with negligible declines in pulmonary function. No consistent associations between air pollution and pulmonary function were found for non-asthmatic children. In two pollutant models, PM 10 was associated with a 10% decline in FEV1 in asthmatic children; sulfur dioxide was not associated with a 10% decline in FEV1, the odds ratio for sulfur dioxide being 1.02 (0.97–1.06). Thus, this study, using an objectively defined endpoint, showed no association between sulfur dioxide and decrements in pulmonary function in asthmatic children. This supports the findings in Segala and Delfino that increases in ambient sulfur dioxide are not associated with decreases in objectively measured decreases in lung function in asthmatic children. When proffering a scientific opinion, it is not valid scientific methodology to cherry-pick the one or two studies that support a particular point of view and exclude similar studies whose methods are similar to your methods but whose results oppose your viewpoint. This is especially true if the excluded study is larger and more statistically reliable than the ones cherry-picked. No reasonable epidemiologist would rely upon Delfino and Segala alone and ignore Aekplakorn as Dr. Rosenfeld did in his report.

**E.    Review of other articles cited by Dr. Rosenfeld.**

Rosenfeld cites four articles dealing with petroleum refinery pollutants that show a relative risk of 2.0 or more. These articles do not examine the odds ratios between sulfur dioxide and asthma; instead, they generally evaluate the association of asthmatic symptoms and proximity to a refinery. These four studies are off the main point of Dr. Rosenfeld's claim that sulfur dioxide doubles the risk of exacerbation of asthma. Moreover, unlike his analysis of sulfur dioxide, Dr. Rosenfeld does not attempt to link the level of pollutants evaluated in these studies to any emissions attributable to BP. However, as he appears to rely on them in some way, I examine the studies. The fact that Dr. Rosenfeld would rely upon these four extremely limited studies underscores the unreliable nature of his opinions.

**1.    White, 2009.**

The study by White, 2009, is a "cross-sectional study of 11 to 14-year-old schoolchildren living near a petrochemical refinery in Cape Town, South Africa. Because of resource constraints and the complexity of refinery emissions, neither direct environmental measures nor modeling of airborne pollutants was possible. Instead a meteorologically derived exposure metric was calculated with the refinery as the putative point source... The exposure metric combined residential distance of each child from the refinery with a wind vector in the form of wind speed, wind direction and proportion of the year blown." The study involved 2,361 children from 17 schools. The main results of this part of the study were presented in table three of the report. For any given outcome variable, two categories of results were presented, one based on the novel metric devised by the authors of the study called Meteorologically Estimated Exposure or MEE. The other category of result was strictly related to the distance from the refinery to the child's home. All of the twofold or more odds ratios presented by Rosenfeld come from MEE calculations. All of the distance related calculations are well below 2.0; in fact, most

are around 1.0. Furthermore, for each outcome variable, so that the MEE and distance-based result can be compared, each result is standardized by presenting the commonly used interquartile range (IQR). For MEE IQR standardized results, all are well below 2.0.

In fact, comparing the raw MEE results and the IQR standardized results, one can see that for all outcome variables the raw MEE result is markedly higher than the IQR standardized result. No such pattern is observed for the distance only results. Clearly, there is something odd about the novel MEE method.

The authors acknowledge that MEE is a novel approach. They acknowledge that this is a cross-sectional study, meaning that it is impossible to know if alterations in petrochemical exposures precede the onset of symptom exacerbations. In addition, the ecologic fallacy is operating here; we do not know the actual exposure level, if any, for an individual living in the study area. All these factors come together to demonstrate that this study's results are unreliable and that it would not be scientifically valid to draw any causal inference from them.

### 2.    Yang, 1998.

This cross-sectional study conducted in 1994 and 1995 investigated respiratory health of school children in two Taiwan areas. One area was situated in a region with petrochemical manufacturing complexes; the other was situated in a control area with no such industrial emissions. Approximately 1,000 grade school children comprise the study. The children living in the petrochemical area had a statistically significant odds ratio of 2.53 of being diagnosed with asthma. Children in the petrochemical area have a non-significant increase in risk of cough, wheeze, or bronchitis. These children also had a 1.56 statistically significant risk of upper respiratory symptoms.

The authors themselves understand the limitations of their methodology and conclude "although the association with known petrochemical air pollution is suggestive, this cross-sectional study cannot confirm a causal relation…" Elsewhere in the report the authors note "due to the limited populations studied and the study design, the evidence can, however, not be considered as conclusive." In the final sentence of the report the authors note "a cross-sectional study cannot confirm a causal relation." Without question these authors know the limitation of their results. These results are unreliable, and no scientist can reliably draw a causal inference from them.

### 3.    Wichmann, 2009.

In this study of approximately 1,200 children age six to 12 years, those living close to petrochemical plants in Argentina were compared with two other groups: those living in another region with exposure to heavy traffic or those living in two relatively non-polluted areas. Information came from a questionnaire filled out by the parents. The authors note "we have conducted a cross-sectional study and can thus only report statistical associations between pollutant exposures and health outcomes." In addition to the author's warning that these results cannot be used for anything other than reporting statistical associations, there are some strange findings in the study. For example, in table five the lowest quartile of predicted forced vital capacity is less than 99%. This means that three quarters of the children in the study have a forced vital capacity above normal. This certainly calls into question the lung function studies

25

that were done on a sample of children. Likewise, the lowest quartile of FEV1 is less than 92% of predicted value. Again, that means that three quarters of the children have values above this. Yet, the odds ratio for living near the industrial complex and being in the lowest quartile is over 32. These are highly suspect results. As in Yang, the odds ratio for asthma is higher then the odds ratio for asthma exacerbation or specific symptoms. One wonders about the accuracy of these diagnoses and symptoms. There is no mention that they were corroborated in any way.

### 4.    de Moraes, 2010.

This study is written in Portuguese, accompanied by an English abstract. I cannot evaluate it.

Taken together the Yang, Wichmann, and White studies have all been noted to suffer from the same basic flaw. Namely, it is not known for each study participant what, if any, exposure specifically precedes the onset or worsening of asthma or asthma symptoms. That is, in none of the three studies is it known whether changes in in emissions from the petrochemical refineries precede onset of asthma symptoms or worsening of asthma. It is not known whether children moved into each area with a diagnosis of asthma. In addition, the White study uses a novel methodology that leads to strange results. The Yang study notes that the sulfur dioxide levels are extremely low in both the exposed and control areas, 6.04 and 1.94 ppb, respectively.

In all three of the studies written in English, where children living near a petrochemical factory are compared in some way with other children not living as close to the refinery, the chance for diagnostic and reporting bias is high. None of these studies attempt to measure or account for this possibility in any way.

For all these reasons, results from these studies are unreliable and it would be invalid to draw a causal inference from these studies' results.

**Howard W Ory, MD, MSc**

26

# REFERENCES

Aekplakorn W, "Acute effect of sulphur dioxide from a power plant on pulmonary function of children, Thailand," *Int J Epidemiol.* 2003 Oct;32(5):854-61.

Barnett AG, et al., "Air Pollution and Child Respiratory Health: a Case-Crossover Study in Australia and New Zealand," *Am. J. Respir. Crit. Care Med.* 2005 Jun 1;171(11):1272-8. Epub 2005 Mar 11.

Barnett AG, et al., Online Data Supplement to "Air Pollution and Child Respiratory Health: a Case-Crossover Study in Australia and New Zealand," *Am. J. Respir. Crit. Care Med.* 2005 Jun 1;171(11):1272-8. Epub 2005 Mar 11.

Boutin-Forzano S, et al., "Visits to the emergency room for asthma attacks and short-term variations in air pollution. A case-crossover study," *Respiration* 2004 Mar-Apr;71(2):134-7.

De Moraes AC, et al.,"Wheezing in Children and Adolescents Living Next to a Petrochemical Plant in Rio Grande do Norte, Brazil," *J. de Pediatria. (Rio J)* 2010; 86(4):337-344.

Delfino R, et al., "Asthma Symptoms in Hispanic Children and Daily Ambient Exposures to Toxic and Criteria Air Pollutants," *Environmental Health Perspectives* 2003 Apr;111(4):647-56.

Delfino R, et al., "Respiratory symptoms and peak expiratory flow in children with asthma in relation to volatile organic compounds in exhaled breath and ambient air," *J Expo Anal Environ Epidemiol.* 2003 Sep;13(5):348-63.

Donoghue AM, et al., "Point source sulphur dioxide peaks and hospital presentations for asthma," *Occup. Environ. Med.* 1999 Apr;56(4):232-6.

EPA (Part II) - Primary National Ambient Air Quality Standard for Sulfur Dioxide; Final Rule, 40 CFR Parts 50, 53 and 58, Federal Register, June 22, 2010, pg 35520-36603.

Fusco D, et al.,"Air pollution and hospital admissions for respiratory conditions in Rome, Italy," *Eur. Respir. J.* 2001 Jun;17(6):1143-50.

Goldstein IF, et al., "Air pollution and asthma: effects of exposures to short-term sulfur dioxide peaks," *Environ Res.* 1986 Aug;40(2):332-45.

The International Study of Asthma and Allergies in Childhood ("ISAAC") Steering Committee, "Worldwide variations in the prevalence of asthma symptoms: the International Study of Asthma and Allergies in Childhood (ISAAC)," *Eur Respir J.* 1998 Aug;12(2):315-35.

The International Study of Asthma and Allergies in Childhood ("ISAAC") Steering Committee, "Worldwide variation in prevalence of symptoms of asthma, allergic rhinoconjunctivitis, and atopic eczema: ISAAC," *Lancet* 1998 Apr 25;351(9111):1225-32.

27

Johns DO, et al., "Analysis of the concentration-respiratory response among asthmatics following controlled short-term exposures to sulfur dioxide," *Inhal Toxicol.* 2010 Dec;22(14):1184-93.

Ko FW, et al., "Effects of air pollution on asthma hospitalization rates in different age groups in Hong Kong," *Clin. Exp. Allergy* 2007 Sep;37(9):1312-9

Lee SL, et al., "Association between air pollution and asthma admission among children in Hong Kong," *Clin. Exp. Allergy* 2006 Sep;36(9):1138-46.

Levy D, et al., "Referent selection in case-crossover analyses of acute health effects of air pollution," *Epidemiology* 2001 Mar;12(2):186-92.

Lin M, et al., "Gaseous air pollutants and asthma hospitalization of children with low household income in Vancouver, British Columbia, Canada," *Am J Epidemiol.* 2004 Feb 1;159(3):294-303.

Maclure M, "The case-crossover design: a method for studying transient effects on the risk of acute events," *Am J Epidemiol.* 1991 Jan 15;133(2):144-53.

Mortimer KM, et al., "The effect of air pollution on inner-city children with asthma," *Eur Respir J.* 2002 Apr;19(4):699-705.

Norris G, et al., "An association between fine particles and asthma emergency department visits for children in Seattle," *Environ Health Perspect.* 1999 Jun; 1 07(6):489-93.

O'Connor GT, et al., "Acute respiratory health effects of air pollution on children with asthma in US inner cities," *J Allergy Clin Immunol.* 2008 May;121(5):1133-1139.e1. Epub 2008 Apr 11.

Roemer W, et al., "Pollution effects on asthmatic children in Europe, the PEACE study," *Clin Exp Allergy* 2000 Aug;30(8):1067-75.

Rothman KJ, et al., *Modern Epidemiology*, 2d Ed. 1998.

Sarnat JA, et al., "Gaseous pollutants in particulate matter epidemiology: confounders or surrogates?" *Environ Health Perspect.* 2001 Oct;109(10):1053-61.

Schildcrout JS, et al., "Ambient air pollution and asthma exacerbations in children: an eight-city analysis," *Am J Epidemiol.* 2006 Sep 15;164(6):505-17. Epub 2006 Jun 23.

Schouten JP, et al., "Short term effects of air pollution on emergency hospital admissions for respiratory disease: results of the APHEA project in two major cities in The Netherlands, 1977-89," *J Epidemiol Community Health* 1996 Apr;50 (Suppl 1) :s22-9.

Segala C, et al., "Short-Term Effect of Winter Air Pollution on Respiratory Health of Asthmatic Children in Paris," *European Respiratory Journal* 1998 Mar;11(3):677-85.

Smargiassi A, et al., "Risk of Asthmatic Episodes in Children Exposed to Sulfur Dioxide Stack Emissions from a Refinery Point Source in Montreal, Canada," *Environmental Health Perspectives* 2009 117(4):653-659.

Sunyer J, et al., "Urban air pollution and emergency admissions for asthma in four European cities: the APHEA Project," *Thorax* 1997 52:760-5.

Sunyer J, et al., "Respiratory effects of sulphur dioxide: a hierarchical multicity analysis in the APHEA 2 study," *Occup Environ Med.* 2003 Aug;60(8):e2.

SWAPE - Technical Consultation, Data Analysis and Litigation Support for the Environment "Satisfying the Burden of *Havner* – A Brief Overview of Texas State Admissibility of Epidemiological Studies in Toxic Tort Litigation," December 22, 2011.

White N, et al., "Meteorology estimated exposure but not distance predicts asthma symptoms in schoolchildren in the environs of a petrochemical refinery: a cross-sectional study," *Environmental Health* 2009 Sep 25;8:45.

Wichmann FA, et al., "Increased asthma and respiratory symptoms in children exposed to petrochemical pollution," *J Allergy Clin Immunol.* 2009 Mar;123(3):632-8. Epub 2008 Dec 25.

Yang CY, et al., "Respiratory symptoms of primary school children living in a petrochemical polluted area in Taiwan," *Pediatr Pulmonol* 1998 May;25(5):299-303.

CURRICULUM VITAE

# Howard William Ory

December, 2011

BORN:          October 1, 1944
Worcester, Massachusetts

EDUCATION:      BS--University of Wisconsin, Madison, Wisconsin, 1966
MD--Tufts University School of Medicine, Boston, Massachusetts, 1969
MSc (Epidemiology)--Harvard School of Public Health, Boston, Massachusetts, 1974

HONORS:      Career Development USPHS--1973-1974
United States Public Health Service Commendation Medal, 1978
Elected to membership in the American Epidemiologic Society, 1980
Accelerated Promotion to 0-6 (Colonel) for "exceptional capability," 1980
Elected as an Associate Fellow of the American College of Obstetricians and Gynecologists, 1981
Arthur S. Flemming Award, 1983. "One of the Ten Outstanding Young Men and Women in the Federal Service."
Philip S. Brachman Award, 1985. "in Recognition of Outstanding Service in the Education of EIS Officers."
PHS Meritorious Service Medal, 1987
Interagency Committee on Information Management Award for Management Administrative Excellence, June 1989
PHS Outstanding Service Medal, 1990
PHS Unit Commendation Medal, 1991
PHS Commendation Medal, 1991
PHS Unit Commendation Medal, 1992
PHS Distinguished Service Medal, 1993

EMPLOYMENT
HISTORY:      Consultant in Epidemiology and Health Care Information Systems, 12/96 to present
VP, Health Care Information Systems, Prudential Health Care Systems, 4/95 to 12/96
VP and Senior Researcher, Prudential Center for Health Care Research, 6/94 to 12/96
Consultant in Epidemiology and Health Care Information Systems, 1/1994 to 6/94
Director, Information Resources Management Office, Office of Program Support, Centers for Disease Control, 4/85 through 12/93.
Deputy Director for Research, Epidemiology Program Office, Centers for Disease Control, 4/83-3/85.
Deputy Director, Division of Reproductive Health (Formerly Family Planning Evaluation Division), Centers for Disease Control, 7/82-3/83.
Chief, Epidemiologic Studies Branch, Family Planning Evaluation Division, Center for Disease Control, 10/74-6/82.
Medical Officer--Family Planning Evaluation Division, Bureau of Epidemiology, Center for Disease Control, 7/71-9/74.
Medical Resident--Metropolitan Hospital, New York City, New York, 7/70-6/71.
Medical Intern--Metropolitan Hospital, New York City, New York, 7/69-6/70.

APPOINTMENTS:   Consultant to the Human Reproduction Program, World Health Organization, January, 1997
Adjunct Professor, Department of Epidemiology, Emory University School of Public Health, 1975-Present.
Member, Obstetrics and Gynecology Advisory Committee of the United States Food and Drug Administration, 1976-1979.
Consultant, Obstetrics and Gynecology Advisory Committee of the USFDA, 1979-1985.

Interdisciplinary Group in Community Health and Health Care Delivery, Emory School of Medicine, 1976-1983.

National Medical Committee--Planned Parenthood--World Population, 1977-1979.

Nominating Committee, National Medical Committee, Planned Parenthood, 1977-1979.

Vice Chairman, Research Committee, Planned Parenthood, 1977-1979.

DHEW-DES Task Force, 1978.

World Health Organization Task Force on Neoplasia and Steroid Contraceptives, 1978.

Biomedical Advisory Committee, Population Resource Center, 1978-present.

Steering Committee, Women's Health Study, 1975-1980.

Member, India-United States Task Force on Reproduction and Contraception Research, 1979.

Member, US Delegation on Population and Family Planning under US-China Science and Technology Agreement, 1981.

**BOARDS:** Preventive Medicine, 1976, #410

**LICENSURE TO PRACTICE MEDICINE:** Georgia #17257

**GRANTS:**
National Science Foundation grant to do research on reproductive endocrinology at the Worcester Foundation for Experimental Biology, 1964 (Summer).

National Science Foundation grant to do research on reproductive endocrinology at the Worcester Foundation for Experimental Biology, 1965 (Summer).

National Science Foundation grant to do research on reproductive endocrinology at Tufts University School of Medicine, 1966 (Summer).

Principal Investigator - Interagency Agreement between NIH and CDC to study the association of hepatocellular adenomas and oral contraceptives, 1976.

Principal Investigator - Interagency Agreement between NIH and CDC to develop a study of the Association of Breast, Ovary, and Uterine Cancers and Oral Contraceptives, 1978 to 1983.

**PROFESSIONAL AFFILIATIONS:**
National Organizations--American Public Health Association:
Member, APHA Epidemiology Section, 1973 - present.

Society for Epidemiologic Research, 1974 - present.

American College of Preventive Medicine, 1977 - present.

Fellow, American College of Preventive Medicine, #2410.

American Epidemiology Society, 1981 - present.

Fellow, American College of Epidemiology, 1998 – present.

PUBLICATIONS:

Cancer and Steroid Hormone Study Group (CASH)

Dr. Ory initiated the Cancer and Steroid Hormone Study in October, 1977. A pilot study was run in 1979 and the full-scale data collection was run in 1980-81. Subsequent to that, a series of papers were produced. From its inception until 1983, Dr. Ory was Principal Investigator of the study. Since that time he has remained as a consultant to the project. The following manuscripts have resulted from that study.

1982            Centers for Disease Control (including Ory HW). Oral contraceptives and cancer risk. Morbidity and Mortality Weekly Report 1982;31:393-394.

1983            Layde PM, Webster LA, Wingo PA, Schlesselman JJ, Ory HW, and the Cancer and Steroid Hormone Study Group. Long-term oral contraceptive use and the risk of breast cancer. JAMA 1983;249:1591-1595.
Dicker RC, Webster LA, Layde PM, Wingo PA, Ory HW, and the Cancer and Steroid Hormone Study Group. Oral contraceptive use and the risk of ovarian cancer. JAMA 1983;249:1596-1599.
Rubin GL, Wingo PA, Layde PM, Webster LA, Ory HW, and the Cancer and Steroid Hormone Study Group. Oral contraceptive use and the risk of endometrial cancer. JAMA 1983;249:1600-1604.
Webster LA, Layde PM, Wingo PA, Ory HW. Alcohol consumption and risk of breast cancer. Lancet 1983; 1:724-726.

1984            Rubin GL. Oral contraceptives and neoplasia. New Perspectives on Oral Contraception. KPR Informedia Newsletter April 1984;1:#2.

1985            Tyler CW Jr., Webster LA, Ory HW, Rubin GL. Endometrial cancer: How does cigarette smoking influence the risk of women under age 55 years having this tumor? Am J Obstet Gynecol 1985;151:899-905.
Sattin RW, Rubin GL, Webster LA, Huezo CM, Wingo PA, Ory HW, Layde PM. Family history and the risk of breast cancer. JAMA 1985;253:1908-1913.
Rubin GL, Peterson HB. Researchers can now investigate long-term effects of OCs on cancer. Contraceptive Technology Update 1985;6:7-12.
Stadel BS, Rubin GL, Webster LA, Schlesselman JJ, Wingo PA, the Cancer and Steroid Hormone Study Group (Ory HW, Principal Investigator). Oral contraceptives and breast cancer in young women. Lancet Nov 1985;2:970-973.

1986            Lee NC, Wingo PA, Peterson HB, Rubin GL, Sattin RW. Estrogen therapy and the risk of breast, ovarian and endometrial cancer. ed. Mastroianni L, Paulsen CA, Aging, Reproduction and the Climacteric. Plenum Press, New York, 1986.
Stadel BV, Rubin GL, Wingo PA, Schlesselman JJ. Oral contraceptives and breast cancer in young women: Reply to letters to the editor. Lancet 1986;1:436-437.
Sattin RW, Rubin GL, Wingo PA, Webster LA, Ory HW, and the Cancer and Steroid Hormone Study Group. Oral contraceptive use and the risk of breast cancer. N Engl J Med 1986;315:405-411.
Gwinn ML, Webster LA, Lee NC, Layde PM, Rubin GL, the Cancer and Steroid Hormone Study Group (Ory HW, Principal Investigator). Alcohol consumption and ovarian cancer risk. Am J Epidemiol 1986;123:759-766.

1987    Wingo PA, Layde PM, Lee NC, Rubin GL, Ory HW.  The risk of breast cancer in postmenopausal women who have used estrogen replacement therapy.  JAMA 1987;257:209-215.

Franks AL, Kendrick JS, Tyler CW.  Postmenopausal smoking, estrogen replacement therapy, and the risk of endometrial cancer.  Am J of Ob Gyn 1987;156:20-23.

Sattin RW, Wingo PA, Lee NC.  Oral contraceptive use and the risk of breast cancer:  Reply to letters to the editor.  N Engl J Med 1987;316:163-164.

Kendrick JS, Wingo PA, Rubin GL, Lee NC, Webster LA, Ory HW, and the Cancer and Steroid Hormone Study Group.  Combination oral contraceptive use and the risk of endometrial cancer.  JAMA 1987;257:796-800.

Lee NC, Wingo PA, Gwinn ML, Rubin GL, Kendrick JS, Webster LA, Ory HW.  The reduction in risk of ovarian cancer associated with oral contraceptive use.  N Engl J Med 1987;316:650-655.

1988    Wingo PA, Ory HW, Layde, PM, Lee NC.  The evaluation of the data collection process for a multicenter, population-based, case-control design.  Am J Epidemiol 1988;123:206-217.

1989    Layde PM, Webster LA, Baughman AL, Wingo PA, Rubin GL, Ory HW. The independent associations of parity, age at first full term pregnancy, and duration of breastfeeding with the risk of breast cancer.  J Clin Epidemiol 1989;42:963-973.

1990    Wingo PA, Lee NC, Ory HW, et al.  Oral contraceptives and the risk of breast cancer.  Ch. 4, in Oral Contraceptives and Breast Cancer:  The Implications of the Present Findings for Informed Consent and Informed Choice ed. RD Mann.  Parthenon Publishing Group Ltd.  Lancs, UK, 1990.

1991    Wingo PA, Lee NC, Ory HW, Beral V, Peterson HB, Rhodes PH. Age-specific differences in the relationship between oral contraceptive use and breast cancer.  Obstet Gynecol 1991;78:161-170.

OTHER
PUBLICATIONS:

1968          Hopkins TF, Ory H, Despres E, et al. The effects of rat pituitary and hypothalamic tissue transplanted in
              super-ovulated immature rats. J Endocr 1968;40:363-369.


1973          The Boston Collaborative Drug Surveillance Program and Greenblatt DJ, Ory HW, Levy M. Oral
              contraceptives and venous thromboembolic disease, surgically confirmed gallbladder disease, and
              breast tumours. Lancet 1973; I:1399-1404.


1974          The Boston Collaborative Drug Surveillance Program and Ory HW. Functional ovarian cysts and oral
              contraceptives. JAMA 1974;228:68-69.
              Ory HW, Conger B, Richart R, Barron B: Relation of type 2 herpesvirus antibodies to cervical neoplasia.
              Obstet Gynecol 1974;43:901-904.
              Munford RS, Ory HW, Brooks GF, Feldman RA: An analysis of factors contributing to death from
              diphtheria in the United States, 1959-1970. JAMA 1974;229:1890.


1975          Ory HW, Jenkins R, Byrd JY, et al. Cervical neoplasia in residents of a low income housing project: An
              epidemiologic study. Am J Obstet Gynecol 1975;123:275-277.
              Ory HW, Allen DT, Conger SB, et al. The epidemiology and interrelationship of cervical dysplasia and
              type 2 herpes virus antibodies in a low income housing project. Am J Obstet Gynecol 1975;123:269-
              274.


1976          Ory HW, Naib Z, Conger SB, et al. Contraceptive choice and prevalence of cervical dysplasia and
              carcinoma-in-situ. Am J Obstet Gynecol 1976;124:573-577.
              Ory HW, Cole PT, MacMahon B, Hoover R. Oral contraceptives and reduced risk of benign breast
              diseases. N Engl J Med 1976;294:419-422.
              Faulkner WL, Ory HW. Intrauterine devices and acute pelvic inflammatory disease. JAMA
              1976;235:1851-1853.
              Cates W Jr., Ory HW, Rochat RW, Tyler CW Jr. The intrauterine device and deaths from spontaneous
              abortion. N Engl J Med 1976;295:1155-1159.


1977          Ory HW, Conger SB, Naib Z, et al. A preliminary analysis of oral contraceptive use and risk of developing
              premalignant lesions of the uterine cervix. In: Garattini S and Berendes HW (eds). Pharmacology of
              steroid contraceptive drugs. New York: Raven Press, 1977:211-218.
              Ory HW. Oral contraceptive use and breast diseases. In: Garattini S and Berendes HW (eds).
              Pharmacology of steroid contraceptive drugs. New York: Raven Press, 1977:179-183.
              Ory HW. The association of oral contraceptives and myocardial infarction: a review. JAMA
              1977;237:2619-2622.
              Morisson A, Jick H, Ory HW. Oral contraceptives and hepatitis. Lancet 1977;2:1142-1143.
              Rochat RW, Morris L, Cates W Jr., Ory HW. Control de fecundidad y planificacion familiar en EEUU.
              Accepted for PAHO Bulletin.
              Ory HW, Rooks JPB. Oral contraceptives and benign tumors: a review. In: Colombo F, et al. (eds).
              Epidemiologic evaluation of drugs. Amsterdam: Elsevier, 1977:193-200.
              Cates W Jr, Grimes DA, Ory HW, Tyler CW Jr. Publicity and the public health: the elimination of IUD-
              related abortion deaths. Fam Plann Perspect 1977;9:138-140.
              White MK, Ory HW, Goldenberg LA. A case-control study of uterine perforations documented at
              laparoscopy. Am J Obstet Gynecol 1977;129:623-625.
              Rooks JB, Ory HW, Ishak KG, Strauss LT, Greenspan JR, Tyler CW Jr. The association between oral
              contraception and hepatocellular adenoma--a preliminary report. Int J Gynaecol Obstet 1977;15:143-
              144.

**1978**

Ory HW. A review of the association between intrauterine devices and acute pelvic inflammatory disease. J Reprod Med 1978;20:200-204.

Rochat RW, Ory HW, Schulz KF. Methods for measuring safety and health hazards of currently available fertility-regulating agents in the developing world. Singapore Journal of Obstetrics and Gynecology 1978; 9:1-16.

WHO Scientific Group (Including Ory HW). Steroid contraception and the risk of neoplasia, WHO Technical Report Series No. 619, 1978.

Cates W Jr, Grimes DA, Schulz KF, Ory HW, Tyler CW Jr. World Health Organization studies of prostaglandins versus saline as abortifacients: a re-appraisal. Obstet Gynecol 1978;52:493-498.

Hill, AP, Pike MC, Smith PG, Ory HW. Stratified analysis of case-control studies with the factor under study taking multiple values. J Chron Dis 1978; 31:546-555.

Kim-Farley RJ, Cates W Jr, Ory HW, Hatcher RA. Febrile spontaneous abortion and the IUD. Contraception 1978; 18:561-570.

Ory HW, Tyler CW Jr, Rochat RW, Cates W Jr. Building a flexible program to evaluate the effects of fertility control. In: Kellhammer U and Uberla K (eds). Long-term studies on side-effects of contraception--state and planning. Symposium  Munich, 17-29 Sept. 1977.  New York:Springer-Verlag, 1978:45-57.

**1979**

Cates W Jr, Ory HW. IUD Complications:  infection, death, and ectopic pregnancy.  In:  Moghissi, K (ed). Controversies in contraception.  Baltimore:  Williams and Wilkins, 1979:187-201.

Ory HW. The health effects of fertility control.  In:  Contraception:  science, technology and application--Proceedings of a Symposium, 16-17 May 1978.  Washington, DC:  National Academy of Sciences, 1979:110-121.

Rooks JB, Ory HW, Ishak KG, et al.  Epidemiology of hepatocellular adenoma:  the role of oral contraceptive use. JAMA 1979;242:644-648.

Center for Disease Control (including Ory HW).  Surgical sterilization surveillance; tubal sterilization 1970-1975.  Atlanta, Ga.:  Center for Disease Control, 1979.

**1980**

Layde PM, Fleming D, Greenspan JR, Smith JC, Ory HW.  Demographic trends in tubal sterilization in the United States, 1970-1975. Am J Pub Health 1980;70:808-813.

Greenspan JR, Hatcher RA, Moore M, Rosenberg MJ, Ory HW.  The association of depo-medroxyprogesterone acetate and breast cancer.  Contraception 1980;21:563-569.

Center for Disease Control (including Ory HW).  Surgical sterilization surveillance; hysterectomy in women aged 15-44, 1970-1975.  Atlanta, Ga.:  Center for Disease Control, 1980.

White MK, Ory HW, Rooks JB, Rochat RW.  Intrauterine device termination rates and the menstrual cycle day of insertion.  Obstet Gynecol 1980;55:220-224.

Ory HW, Rosenfeld A, Landman LC.  The pill at 20: an assessment.  Fam Plann Perspect 1980;12:278-283.

Dixon GW, Schlesselman JJ, Ory HW, Blye RP.  Ethynyl estradiol and conjugated estrogens as postcoital contraceptives.  JAMA 1980;244:1336-1339.

**1981**

Layde PM, Ory HW, Peterson HB, et al.  The declining length of hospitalization for tubal sterilization. JAMA 1981; 245:714-718.

Ory HW and the Women's Health Study: Ectopic pregnancy and intrauterine contraceptive devices:  new perspectives.  Obstet Gynecol 1981;57:137-144.

Peterson HB, Ory HW, Greenspan JR, Tyler CW Jr.  Deaths associated with laparoscopic sterilization by unipolar electrocoagulating devices, 1978 and 1979. Am J Obstet Gynecol 1981;139:141-143.

Burkman RT and the Women's Health Study (including Ory HW).  Association between intrauterine device and pelvic inflammatory disease.  Obstet Gynecol 1981;57:269-276.

Peterson HB, Greenspan JR, DeStefano F, Ory HW, Layde PM.  The impact of laparoscopy on tubal sterilization trends in United States hospitals, 1970 and 1975 to 1978.  Am J Obstet Gynecol 1981;140:811-814.

Peterson HB, Greenspan JR, Ory HW, DeStefano F.  Tubal sterilization mortality surveillance, United States, 1978-1979.  Advances in Planned Parenthood. 1981;16(2):71-76.

Centers for Disease Control (including Ory HW). Deaths following female sterilization with unipolar electrocoagulating devices. Morbidity and Mortality Weekly Report 1981;30:149-151.

Center for Disease Control (including Ory HW). Surgical sterilization surveillance; hysterectomy in women aged 15-44, 1976-1978. Atlanta, Ga.: Centers for Disease Control, 1981.

Centers for Disease Control (including Ory HW). Surgical sterilization surveillance; tubal sterilization 1976- 1978. Atlanta, Ga.: Centers for Disease Control, 1981.

Centers for Disease Control (including Ory HW). Hysterectomy in women aged 15-44, United States, 1970-1978. Morbidity and Mortality Weekly Report 1981;30:173-176.

Huggins GR and the Women's Health Study (including Ory HW). IUD use and unexplained vaginal bleeding. Obstet Gynecol 1981; 58:409-416.

Foreman H, Stadel BV, Schlesselman S, and the Women's Health Study (including Ory HW). IUD usage and fetal loss. Obstet Gynecol 1981;58:669-677.

Tyler CW Jr, Ory HW. Reliability of fertility control. Jugosl Ginekol Opstet 1981;21:27-35.

**1982**

Centers for Disease Control (including Ory HW). Oral contraceptives and cancer risk. Morbidity and Mortality Weekly Report 1982;31:393-394.

Centers for Disease Control (including Ory HW). Ectopic pregnancy surveillance, 1970-1978. Atlanta, Ga.: Centers for Disease Control, 1982.

Peterson HB, Greenspan JR, DeStefano F, and Ory HW. Deaths associated with laparoscopic sterilization in the United States, 1977-1979. J Reprod Med 1982;27:345-347.

Ory HW. The noncontraceptive health benefits from oral contraceptive use. Fam Plann Perspect 1982;14:182-184.

Layde PM, Ory HW. Oral Contraceptives, smoking and cardiovascular disease: response to F. M. Sturtevant. Int J Fertility 1982;27:14-15.

Peterson BP, Greenspan JR, Ory HW. Death following puncture of the aorta during laparoscopic sterilization. Obstet Gynecol 1982;59:133-134.

Ory HW. The extra-contraceptive benefits and effects of oral contraceptives. In: Brosens I (ed). New considerations in oral contraception. New York: Biomedical Information Corporation, 1982:83-96.

Nolan TF, Ory HW, Layde PM, Maze JM, Greenspan JR. Cumulative prevalence rates and corrected incidence rates of surgical sterilization among women in the United States, 1971-1978. Am J Epidemiol 1982;116:776-781.

Rubin GL, Ory HW, Layde PM. Oral contraceptives and pelvic inflammatory disease. Am J Obstet Gynecol 1982;144:630-635.

DeStefano F, Greenspan JR, Ory HW, et al. Demographic trends in tubal sterilization: United States, 1970-1978. Am J Public Health 1982;72:480-484.

Peterson HB, DeStefano F, Greenspan JR, Ory HW. Mortality risk associated with tubal sterilization in United States hospitals. Am J Obstet Gynecol 1982;143:125-129.

Kelaghan JW, Rubin GL, Ory HW, Layde PM. Barrier-method contraceptives and pelvic inflammatory disease. JAMA 1982;248:184-187.

Layde PM, Ory HW, Schlesselman JJ. The risk of myocardial infarction in former users of oral contraceptives. Fam Plann Perspect 1982;14:78-80.

DeStefano F, Peterson HB, Ory HW, Layde PM. Oral contraceptives and postoperative venous thrombosis. Am J Obstet Gynecol 1982;143:227-228.

Dicker RC, Scally MJ, Greenspan JR, Layde PM, Ory HW, et al. Hysterectomy among women of reproductive age. Trends in the United States, 1970-1978. JAMA 1982;248:323-327.

Dicker RC, Greenspan JR, Strauss LT, Cowart MR, Scally MJ, Peterson HB, DeStefano F, Rubin GL, Ory HW. Complications of abdominal and vaginal hysterectomy among women of reproductive age in the United States. The Collaborative Review of Sterilization. Am J Obstet Gynecol 1982;144:841-848.

Rubin GL, Ory HW, Layde PM. Mortality risk of voluntary surgical contraception. Biomedical Bulletin 1982;3(2):1-5.

**1983**

Layde PM, Ory HW, Kay CR. Incidence of arterial cardiovascular disease among oral contraceptive users. J Royal Coll Gen Practitioners 1983;33:75-82.

Peterson HB, DeStefano F, Rubin GL, Greenspan JR, Lee NC, Ory HW. Deaths attributable to tubal sterilization in the United States, 1977 to 1981. AM J Obstet Gynecol 1983;146:131-136.

Page 7

Heartwell S and the Women's Health Study (including Ory HW). Risk of uterine perforation among users of IUD's. Obstet Gynecol 1983;61:31-36.

Rosenberg M, Layde P, Strauss L, Rooks J, Ory HW. Agreement between women's histories of oral contraceptive use and physicians' records. Int J Epidemiol 1983;12:34-87.

DeStefano F, Greenspan JR, Dicker RC, Peterson HB, SchulzKF, Strauss LT, Rubin GL, Ory HW. Complications of interval laparoscopic tubal sterilization. Obstet Gynecol 1983;61:153-158.

Ory HW. Mortality associated with fertility and fertility control: 1983. Fam Plann Perspect 1983;15:57-63.

Rubin GL, Peterson HB, Dorfman SF, Layde PM, Maze JM, Ory HW, Cates W Jr. Ectopic pregnancy in the United States: 1970 through 1978. JAMA 1983;249:1725-1729.

Cates W Jr and Ory HW. What matching achieves. Contemporary OB/GYN 1983;22:171-175.

Peterson HB, Lubell I, DeStefano F, Ory HW. The safety and efficacy of tubal sterilization: an international overview. Int J Gynaecol Obstet 1983;21:139-144.

Trevathan E, Layde P, Adams J, Benignd B, Ory HW. Cigarette smoking and dysplasia and carcinoma in situ of the uterine cervix. JAMA 1983;250:499-502.

Huezo CM, DeStefano F, Rubin GL, Ory HW. Risk of wound and pelvic infection after laparoscopic tubal sterilization: instrument disinfection versus sterilization. Obstet Gynecol 1983;61:598-602.

Lee NC, Rubin GL, Ory HW, Burkman RT. Type of intrauterine device and the risk of pelvic inflammatory disease. Obstet Gynecol 1983;62:1-6.

Grubb G, Ory HW. IUD's and pelvic infection. Planned Parenthood Medical Digest. June 1983:1-2.

Ory HW. Questions and answers about the Pill. Planned Parenthood Medical Digest. December 1983:1-2,5.

Cates W Jr, Ory HW. How to spot a well-controlled study. Contemporary OB/GYN 1983;21(6):192-195.

Ory HW, Forrest JD, Lincoln R. Making Choices. Evaluating the health risks and benefits of birth control methods. Washington, DC: The Alan Guttmacher Institute, 1983.

Destefano F, Huezo CM, Peterson HB, Rubin GL, Layde PM, Ory HW. Menstrual changes after tubal sterilization. Obstet Gynecol 1983;62:673-681.

Layde PM, Peterson HB, Dicker RC, DeStefano F, Rubin GL, Ory HW. Risk factors for complications of interval tubal sterilization by laparotomy. Obstet Gynecol 1983;62:180-184.

Ory HW. Contraceptive safety: The need for epidemiologic research. In: Diczfalusy E and Diczfalusy A (eds). Research on the regulation of human fertility: Needs of developing countries and priorities for the future. Copenhagen: Scriptor Publishers, 1983:133-156.

1984

Ory HW, Rubin GL, Jones V, et al. Mortality among young black women using contraceptives. JAMA 1984;251: 1044-1048.

Greenspan JR, Phillips JM, Rubin GL, Rhodenhiser EM, Ory HW. Tubal sterilizations performed in freestanding, ambulatory-care surgical facilities in the U.S. in 1980. J Reprod Med 1984;29:237-241.

Lee NC, Dicker RC, Rubin GL, Ory HW. Confirmation of the preoperative diagnoses for hysterectomy. Am J Obstet Gynecol 1984;150:283-287.

1985

Wingo PA, Huezo CM, Rubin GL, Ory HW, Peterson HB. The mortality risk associated with hysterectomy. Am J Obstet Gynecol 1985;152:803-808.

1986

Ory HW, Koplan JP, Allen JR. Assessment of screening as a preventive technology: The example of HTLV-III/LAV antibody testing. Is J Med Sci 1986;22:524-528.

1991

Burkman RT; Lee NC; Ory HW; Rubin GL. Response to "The intrauterine device and pelvic inflammatory disease: the Women's Health Study reanalyzed" [comment]. J Clin Epidemiol 1991; 44(2):123-5

1993

Friede A; Reid JA; Ory HW. CDC WONDER: a comprehensive on-line public health information system of the Centers for Disease Control and Prevention. Am J Public Health 1993; 83(9):1289-94

Page 8

1995        WHO Consultants Report (including Ory HW). Information management for improving relevance and efficiency in the health sector: a framework for the development of health information systems. WHO/HRH/95.4, 1995

1996        Collaborative Group on Hormonal Factors in Breast Cancer (including Ory HW). Breast cancer and hormonal contraceptives: collaborative reanalysis of individual data on 53,297 women with breast cancer and 100,239 women without breast cancer from 54 epidemiological studies. Lancet 1996;347:1713-27

            Collaborative Group on Hormonal Factors in Breast Cancer (including Ory HW). Breast cancer and hormonal contraceptives: Further results. Contraception 1996;54:1S-106S

1997        Carr BK, Ory HW. Estrogen and Progestin Components of Oral Contraceptives: Relationship to Vascular Disease. Contraception 1997;55:267-72

            Collaborative Group on Hormonal Factors in Breast Cancer (including Ory HW). Breast cancer and hormone replacement therapy: collaborative reanalysis of data from 51 epidemiological studies of 52 705 women with breast cancer and 108 411 women without breast cancer. Lancet 1997; 350: 1047-59

1998        Ory HW. Cardiovascular safety of oral contraceptives: what has changed in the last decade. Contraception 1998, 58:S9-S13

1999        Schwingl PJ, Ory HW, Visness C. Estimates Of The Risk Of Cardiovascular Death Attributable To Low Dose Oral Contraceptives In The US. Am J of Obstet Gynecol 1999;180:241-9

            Burkman RT, Sonnenberg FA, Ory HW, Speroff T, and Plucinski R. The Costs and Health Effects of the Intrauterine Contraceptive Device. Submitted to Am J of Obstet Gynecol

2001        Collaborative Group on Hormonal Factors in Breast Cancer (including Ory HW). Familial Breast cancer: collaborative reanalysis of individual data from 52 epidemiological studies of 58,209 women with breast cancer and 101,986 women without the disease. Lancet 2001,358: 1389-1399

2002        Collaborative Group on Hormonal Factors in Breast Cancer (including Ory HW). Breast cancer and breastfeeding: collaborative reanalysis of individual data from 47 epidemiological studies in 30 countries, including 50,302 women with breast cancer and 96,973 women without the disease. Lancet 2002,360: 187-195

2002        Collaborative Group on Hormonal Factors in Breast Cancer (including Ory HW). Alcohol, Tobacco and Breast cancer : collaborative reanalysis of individual data from 53 epidemiological studies, including 58515 women with breast cancer and 95067 without the disease. British J Cancer 2002, 87, 1234-45

2004        Collaborative Group on Hormonal Factors in Breast Cancer (including Ory HW). Breast cancer and abortion: collaborative reanalysis of individual data from 53 epidemiological studies, including 83,000 women with breast cancer from 16 countries. Lancet 2004,363: 1007-1016

2007        Wingo PA, Austin H, Marchbanks PA, Whiteman M, Hsia J, Mandel MG, Peterson HB, and Ory HW. Oral Contraceptives and the Risk of Death from Breast Cancer. Obstetrics and Gynecology 2007, 110:793-800